UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Dolores Lozano | § § | |
| vs. | § § | NO:  WA:16-CV-00403-RP |
| Baylor University,  et al | § | |

**<u>ORDER</u>**

The Court hereby resets and directs the parties, or counsel acting on their behalf, to appear for a final pretrial conference on Friday, September 29, 2023 at 01:00 PM in the United States Courthouse, Courtroom #1, 800 Franklin Avenue, Waco, Texas. (Time change only)

The parties should consult Local Rules CV-16(e)–(f) regarding matters to be filed in advance of the final pretrial conference. Each party is expected to file the materials required by Local Rule CV-16(e) as one electronic document, styled as a "Notice to the Court," with each of the 10 submissions identified in the Local Rules (as applicable) attached as an exhibit to that electronic document. If a party deems it necessary to file any of those submissions under seal, it may file one separate electronic document, styled as a "Motion for Leave to File Under Seal," and attach those submissions as exhibits. Any such motion should explain in detail why sealing the attached exhibits is necessary. Similar expectations govern the submissions required by Local Rule CV-16(f).

The parties shall submit a joint draft jury charge one week before the trial start date to the Courtroom Deputy by email: Julie_Golden@txwd.uscourts.gov. The parties shall meet and confer and reach agreements where possible on the content. If disputes remain, the parties still shall submit a joint draft jury charge that contains redlines or otherwise indicates the areas of disagreement and, if applicable, includes case citations or other support.

**SIGNED** on 21st day of August, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE