IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:16-CV-403-RP |
| BAYLOR UNIVERSITY,<br>ART BRILES, *in his individual capacity*, and<br>IAN McCAW, *in his individual capacity*, | § § § § § | |
| Defendants. | § § | |

### ORDER

In advance of jury selection in this case on October 13, 2023 at 9:00 a.m. at the Waco courthouse, the Court will send a questionnaire to the jury panel. Accordingly, **IT IS ORDERED** that the parties shall meet and confer and file an agreed proposed prospective juror questionnaire **on or before September 19, 2023.** In order to provide the jury panel members with adequate time to complete the questionnaire, the Court cannot extend the deadline. Likewise, the Court will not accept competing versions of the questionnaire. The parties must work together to create a joint questionnaire.

**SIGNED** on September 12, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE