# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO: 6:16-CV-403-RP |
| BAYLOR UNIVERSITY; ART BRILES, § | |
| in his individual capacity; IAN MCCAW, § | |
| in his individual capacity, and CITY OF § | |
| WACO, § | |
| § | |
| Defendants. § | |

## DEFENDANT IAN McCAW'S PROPOSED VOIR DIRE QUESTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Ian McCaw ("Defendant" or "McCaw") and submits his proposed Voir Dire questions:

**A.     Potential Bias/Prejudice**

1. Has anyone on the jury panel heard, read, or seen anything about Ian McCaw?

    a.  If so, what did you hear, read, or see?

    b.  Would what you heard, read, or saw cause you to be biased or unfair when listening to the evidence in this case or would it not allow you to render a fair and impartial verdict?

2. Has anyone on the jury panel heard, read, or seen anything about Art Briles?

    a.  If so, what did you hear, read, or see?

    b.  Would what you heard, read, or saw cause you to be biased or unfair when listening to the evidence in this case or would it not allow you to render a fair and impartial verdict?

EXHIBIT 1

3. Has anyone on the jury panel heard, read, or seen anything about the Baylor "sexual assault scandal"?

   a. If so, what did you hear, read, or see?

   b. Would what you heard, read, or saw cause you to be biased or unfair when listening to the evidence in this case or would it not allow you to render a fair and impartial verdict?

4. Has anyone on the juror panel had experience with domestic violence, or know someone who has?

   a. If so, explain?

   b. Would anything about that cause you to be biased or unfair when listening to the evidence in this case or would it not allow you to render a fair and impartial verdict?

5. Do any of you, or any of your family members, have training or experience in the practice of law?

   a. If yes, who?

   b. Please describe the training or experience.

   c. Would this experience cause you to be biased or unfair when listening to the evidence in this case or would it not allow you to render a fair and impartial verdict?

**B.   Baylor University is a Defendant in this case.**

1. Baylor University is a Defendant in this case. Have any of you ever had dealings with Baylor University, or any of its employees or representatives?

   a. What were the experiences and were they positive or negative?

   b. Would this experience(s) cause you to be biased or unfair when listening to the evidence in this case or would it not allow you to render a fair and impartial verdict?

**C.   Involved in Lawsuits**

1. Has anyone on the panel been a party to a lawsuit either as a Plaintiff or as a Defendant?

      a.      If so, were you a plaintiff or a defendant?

      b.      What was the lawsuit about?

      c.      Would this experience cause you to be biased or unfair when listening to the evidence in this case or would it not allow you to render a fair and impartial verdict?

2. Has anyone on the panel filed a claim or lawsuit against a person or company seeking damages for any type of injury?

      a.      Can you describe the type of claim or lawsuit and the injuries that you sustained?

      b.      What was the result of the claim or lawsuit?

      c.      Would this experience cause you to be biased or unfair when listening to the evidence in this case or would it not allow you to render a fair and impartial verdict?

3. Has anyone on the panel ever been sued in a lawsuit where the Plaintiff was seeking damages?

      a.      Can you describe the type of lawsuit?

      b.      What was the result of the lawsuit?

      c.      Would this experience cause you to be biased or unfair when listening to the evidence in this case or would it not allow you to render a fair and impartial verdict?

4. Do any of you think that if a person is suing, that they were most likely wronged?

5. Do any of you think that if a party is being sued, that they most likely did something wrong?

## D.    General

1. Based on the information that you have learned about this case so far, is there anything that would cause you to be biased or unfair to either party or prevent you from rendering a fair and impartial verdict?

      a.      If so, please explain.

2. Finally, is there anything that you believe that the Court and the attorneys should know about your background, experiences, or thoughts and feelings about this case that has not been asked about, but that you feel would hinder your ability to render a fair and impartial verdict?

   a. If so, please explain.

Respectfully submitted,

*/s/ Stephen D. Henninger*
**THOMAS P. BRANDT**
State Bar No.02883500
tbrandt@fhmbk.com
**STEPHEN D. HENNINGER**
State Bar No.00784256
shenninger@fhmbk.com
**FANNING HARPER MARTINSON**
**BRANDT & KUTCHIN, P.C.**
One Glen Lakes
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300 (office)
(214) 987-9649 (telecopier)
**ATTORNEYS FOR DEFENDANT**
**IAN McCAW**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been delivered to all parties of record, in compliance with Rule 5 of the Federal Rules of Civil Procedure, on September 15, 2023.

*/s/ Stephen D. Henninger*
**STEPHEN D. HENNINGER**

**Defendant Ian McCaw's Proposed Voir Dire Questions**  Page 4
(28937/751223/sdh)