# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **DOLORES LOZANO,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | |
| § | **CIVIL ACTION NO: 6:16-CV-403-RP** |
| **BAYLOR UNIVERSITY; ART BRILES,** § | |
| **in his individual capacity; IAN MCCAW,** § | |
| **in his individual capacity, and CITY OF** § | |
| **WACO,** § | |
| § | |
| **Defendants.** § | |

## DEFENDANT IAN McCAW'S STATEMENT OF DEFENSES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Ian McCaw, a Defendant in the above-styled and numbered cause ("McCaw" or "Defendant"), and provides his statement of defenses to be used by the Court in conducting voir dure, in compliance with Local Rule CV-16(f):

*In this lawsuit, Plaintiff Dolores Lozano seeks to hold Ian McCaw personally liable to her for monetary damages because her boyfriend, Devin Chafin, allegedly physically assaulted her. Ian McCaw is not alleged to have had any involvement in those assaults or any of the events surrounding them. Indeed, Ian McCaw had no knowledge of Plaintiff and Devin Chafin's relationship, or any problems they were having, until after the events on which this suit is based. Nothing Ian McCaw did or did not do, in any way, caused Devin Chafin to physically assault Dolores Lozano, and Ms. Lozano has no evidence to the contrary. The only person who is at fault for Devin Chafin assaulting Plaintiff, and the only person who should be held responsible for those assaults, is Devin Chafin. Dolores Lozano has, however, chosen not to sue Devin*

**EXHIBIT 2**

*Chafin, or otherwise hold him responsible for the acts of violence she claims he committed. Instead, Plaintiff seeks to hold Ian McCaw and the other Defendants responsible for Devin Chafin's intentional, criminal acts of violence. You will not be given any valid reason to do so.*

                                   Respectfully submitted,

                                   */s/ Thomas P. Brandt*
                                   **THOMAS P. BRANDT**
                                   State Bar No.02883500
                                   tbrandt@fhmbk.com
                                   **STEPHEN D. HENNINGER**
                                   State Bar No.00784256
                                   shenninger@fhmbk.com
                                   **FANNING HARPER MARTINSON**
                                   **BRANDT & KUTCHIN, P.C.**
                                   One Glen Lakes
                                   8140 Walnut Hill Lane, Suite 200
                                   Dallas, Texas 75231
                                   (214) 369-1300 (office)
                                   (214) 987-9649 (telecopier)
                                   **ATTORNEYS FOR DEFENDANT IAN McCAW**

## CERTIFICATE OF SERVICE

     I hereby certify that on September 15, 2023, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

                                   */s/ Thomas P. Brandt*
                                   **THOMAS P. BRANDT**