UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO; <br><br> Plaintiff, <br><br> v. <br><br> BAYLOR UNIVERSITY; ART BRILES, in his individual capacity; and IAN MCCAW, in his individual capacity. <br><br> Defendants. | Case No.: 6:16-cv-00403 <br><br> Hon. Robert Pitman |

## JOINT STATEMENT OF STIPULATED FACTS

1. Plaintiff Dolores Lozano was born on November 10, 1991.

2. Dolores Lozano enrolled at Baylor University in August 2010 and graduated in May 2014 with a Bachelor of Science degree in Communication Sciences and Disorders.

3. Devin Chafin was born on May 5, 1994.

4. Devin Chafin was in the 2012 recruiting class of the football team.

5. Devin Chafin enrolled at Baylor University during the summer of 2012.

6. Art Briles was the head football coach at Baylor University from December 2007 through May 2016.

EXHIBIT 3

7. Ian McCaw was the Athletic Director at Baylor University from September 2003 through May 2016.

8. Because Baylor University is a recipient of federal funds in the form of student financial aid and research grants, it is subject to Title IX of the Education Amendments of 1972.

9. Kendall Briles, Jeff Lebby and Colin Shillinglaw were hired while Art Briles was head coach.

10. Dolores Lozano worked as a manager for the Acrobatics and Tumbling team during the 2013-14 academic year.

11. In the spring semester of 2014, Spring Break at Baylor University was held from Monday, March 10 to Friday, March 14. Classes resumed on Monday, March 17, 2014.

12. Baylor University's annual campus celebration known as Dia del Oso (Day of the Bear) was held on Thursday, April 10, 2014.

13. Baylor University was closed on Good Friday, April 18, 2014, and on Monday, April 21, 2014.

14. The last day of classes for the Spring 2014 semester at Baylor University was May 2, 2014. Final examinations were held May 7, 2014 through May 13, 2014. Commencement exercises were held May 16 and May 17, 2014.

15. Baylor's undergraduate student enrollment at its main campus in Waco, Texas was 12,438 students in 2010; 12,575 students in 2011; 12,918 students in 2012; 13,292 students in 2013; and 13,859 students in 2014.

16. Lozano has been employed by Harris County, Texas as a Justice of the Peace, Precinct 2, Place 2, since January 2023.

17. Baylor University does not own Scruffy Murphy's bar, which is located at 1226 Speight Avenue in Waco, Texas.