IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DOLORES LOZANO,** § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> **BAYLOR UNIVERSITY; ART BRILES,** § <br> in his individual capacity; **IAN MCCAW,** § <br> in his individual capacity, and **CITY OF** § <br> **WACO,** § <br> § <br> Defendants. § | **CIVIL ACTION NO: 6:16-CV-403-RP** |

### DEFENDANT IAN McCAW'S EXHIBIT LIST

NOW COMES Defendant Ian McCaw ("Defendant" or "McCaw") and files his Exhibit List.

A.   **EXHIBITS DEFENDANT EXPECTS TO OFFER**

| DX No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Plaintiff's Second Amended Complaint | | |
| 2 | E-mails between Plaintiff and David Murdock of November 19 and 20, 2012 (BU_Lozano_0076234-0076237) | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

B.   **EXHIBITS DEFENDANT MAY OFFER IF THE NEED ARISES**

| DX No. | Description | Offered | Admitted |
|---|---|---|---|
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11. | | | |
| 12. | | | |

**Defendant Ian McCaw Exhibit List**
(28937/751221/sdh)

Page | 1

**EXHIBIT 4**

**C.    CROSS-DESIGNATION OF EXHIBITS**

Defendant cross-designates all exhibits and potential exhibits identified by Plaintiff Dolores Lozano, Defendant Baylor University, and Defendant Art Briles, and reserves the right to utilize any such exhibits at the trial of this cause.

Respectfully submitted,

*/s/ Stephen D. Henninger*
**THOMAS P. BRANDT**
State Bar No.02883500
tbrandt@fhmbk.com
**STEPHEN D. HENNINGER**
State Bar No.00784256
shenninger@fhmbk.com
**FANNING HARPER MARTINSON**
**BRANDT & KUTCHIN, P.C.**
One Glen Lakes
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300 (office)
(214) 987-9649 (telecopier)
**ATTORNEYS FOR DEFENDANT**
**IAN McCAW**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2023, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

*/s/ Stephen D. Henninger*
**STEPHEN D. HENNINGER**