IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **DOLORES LOZANO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | s |
| | § | CIVIL ACTION NO: 6:16-CV-403-RP |
| **BAYLOR UNIVERSITY; ART BRILES,** | § | |
| in his individual capacity; **IAN MCCAW,** | § | |
| in his individual capacity, and **CITY OF** | § | |
| **WACO,** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT IAN MCCAW'S WITNESS LIST**

NOW COMES Defendant Ian McCaw ("Defendant" or "McCaw"), and files his Witness List.

**I.**

**WITNESSES EXPECTED TO BE CALLED**

**Dolores Lozano**
10590 W. Ocean Air Drive, Suite 125
San Diego, California 92130
(858) 259-3011
(Attorney's address and phone)

**Ian McCaw**
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300
(Attorney's address and phone)

**Art Briles**
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1990
(Attorney's address and phone)


**Devin Chafin** (by deposition)
Address unknown
(940) 613-3731

**Nancy Post, Baylor Associate Athletic Director**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

## II.
## WITNESSES WHO MAY BE CALLED

**Todd Patulski**
1971 University Blvd.
Lynchburg, Virginia 24515
(434) 582-2000

**Wes Yeary** (by deposition)
Address and phone number unknown

**Lillian Lozano** (by deposition)
10590 W. Ocean Air Drive, Suite 125
San Diego, California 92130
(858) 259-3011
(Plaintiff's attorney's address and phone)

**Laprise Harris Williams**
Address and phone number unknown

**Bethany J. McCraw, Baylor Associate Dean for Student Conduct Administration**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**David Murdock, Baylor Judicial Affairs Coordinator**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Kathy Reich, Baylor Office Manager, Judicial Affairs**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Jimmie Farmer, Baylor Records Technician, Judicial Affairs**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Martha Lou Scott, Ed. D., Baylor Associate Vice President for Student Life**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Mike Rogers, Baylor NCAA Faculty Athletic Representative**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Jeremy Counseller, Baylor University Faculty Athletics Representative and Law Professor**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Chris Holmes, Baylor Office of General Counsel**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Doug Welch, Baylor Director of Compliance**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Kevin P. Jackson, Ph.D., Baylor Vice President for Student Life**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**David Garland, Interim President of Baylor University**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Reagan Ramsower, Baylor Senior Vice President and Chief Operating Officer**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Chris Istre, Baylor University Business Office**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Jim March, Director of Baylor Counseling Center**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Cheryl Wooten, Baylor Counseling Center**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Don Arterburn, Baylor Counseling Center**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Ron Murff** (by deposition)
**Richard Willis**
**Buddy Jones**
**Dary Stone**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**David Harper**
**Cary Gray** (by deposition)
**Mark Hurd**
**Jay Allison**
**Jeff Reeter**
**Clifton Robinson**
**Dennis Wiles**
**Bob Beauchamp**
**Phil Stewart**
**Mark McCollum**
**Milton Hixson**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
(713) 554-6741
(Baylor attorney's address and phone)

**Brent R. Howell**
Address and phone number unknown

**Jim Doak**
Address and phone number unknown

**Colin Shillinglaw** (by deposition)
Address unknown
(254) 733-5234

**Patty Crawford**
Address and phone number unknown

**Jeff Lebby** (by deposition)
Address and phone number unknown

        Respectfully submitted,

        */s/ Stephen D. Henninger*
        **THOMAS P. BRANDT**
        State Bar No.02883500
        tbrandt@fhmbk.com
        **STEPHEN D. HENNINGER**
        State Bar No.00784256
        shenninger@fhmbk.com
        **FANNING HARPER MARTINSON**
        **BRANDT & KUTCHIN, P.C.**
        One Glen Lakes
        8140 Walnut Hill Lane, Suite 200
        Dallas, Texas 75231
        (214) 369-1300 (office)
        (214) 987-9649 (telecopier)
        **ATTORNEYS FOR DEFENDANT**
        **IAN McCAW**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 15, 2023, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

        */s/Stephen D. Henninger*
        **STEPHEN D. HENNINGER**