IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DOLORES LOZANO,** § § § **Plaintiff,** § § vs. § § § **CIVIL ACTION NO: 6:16-CV-403-RP** **BAYLOR UNIVERSITY; ART BRILES,** § in his individual capacity; **IAN MCCAW,** § in his individual capacity, and **CITY OF** § **WACO,** § § **Defendants.** § | |

### DEFENDANT IAN MCCAW'S DESIGNATION OF DEPOSITION TESTIMONY

NOW COMES Defendant Ian McCaw ("Defendant" or "McCaw"), and files his Designation of Deposition Testimony that may be offered in this case.

**Devin Chafin**

1) p. 9, line 25 to p. 10, line 9

2) p. 16, lines 3-25

3) p. 17, line 23 to p. 18, line 8

4) p. 20, lines 14-23

5) p. 58, line 18 to p. 69, line 2

6) p. 70, line 16 to p. 72, line 2

7) p. 78, lines 9-24

8) p. 82, lines 3-24

9) p. 85, line 8 to p. 86, line 6

10) p. 104, line 6 to p. 105, line 7

    11) p. 105, line 24 to p. 107, line 25

    12) p. 119, line 23 to p. 124, line 3

    13) p. 125, line 12 to p. 128, line 21

**Wes Yeary**

    1) p. 8, lines 2-5

    2) p. 13, line 8 to p. 16, line 13

    3) p. 17, line 19 to p. 18, line 8

    4) p. 18, line 23 to p. 19, line 8

    5) p. 23, line 2 to p. 24, line 9

    6) p. 25, lines 1-13

    7) p. 25, line 8 to p. 29, line 23

    8) p. 27, lines 1-8

    9) p. 28, lines 14-18

    10) p. 28, line 22 to p. 30, line 13

    11) p. 30, line 21, to p. 31, line 3

    12) p. 38, lines 3-8

    13) p. 38, line 21 to p. 39, line 15

    14) p. 40, lines 21-23

    15) p. 42, line 9 to p, 43, line 22

16) p. 45, line 10 to p. 47, line 6

17) p. 47, lines 18-21

18) p. 48, line 21 to p. 49, line 4

19) p. 50, lines 2-20

20) p. 51, lines 3-15

21) p. 52, line 15 to p. 53, line 15

22) p. 74, line 13 to p. 75, line 19

23) p. 78, line 24 to p, 79, line 11

24) p. 88, lines 2-9

25) p. 90, line 5 to p. 92, line 4

## Colin Shillinglaw

1) p. 8, lines 5-18

2) p. 28, lines 13-23

3) p. 31, line 7 to p. 32, line 24

4) p. 110, lines 21-25

5) p. 117, line 8 to p. 118, line 3

6) p. 130, line 25 to p. 131, line 9

**Lillian Lozano**

1) p. 8, lines 5-14

2) p. 112, line 17 to p. 113, line 23

3) p. 117, line 8 to p. 118, line 20

4) p. 118, line 24 to p. 119, line 6

**Jeff Lebby**

1) p. 5, lines 12-14

2) p. 12, lines 12-19

3) p. 13, lines 15-18

4) p. 13, line 25 to p. 16, line 1

5) p. 16, line 14 to p. 17, line 18

6) p. 22, line 6 to p. 23, line 14

7) p. 24, line 19 to p. 25, line 3

8) p. 32, line 24 to p. 33, line 6

9) p. 38, lines 23-25

10) p. 45, line 20 to p. 46, line 13

11) p. 47, line 25 to p. 48, line 25

12) p. 53, lines 13-18

13) p. 58, lines 7-23

14) p. 72, lines 18-22

**Ron Murff**

1) p. 7, lines 6-7

2) p. 19, lines 12-13

3) p. 28, lines 11-15

4) p. 35, lines 21-24

5) p. 38, line 20 to p. 39, line 3

6) p. 39, line 23 to p. 40, line 9

7) p. 208, line 14 to p. 212, line 23

8) p. 213, line 9 to p. 216, line 1

9) p. 216, line 8 to p. 218, line 19

10) p. 218, line 22 to p. 219, line 24

11) p. 224, line 21 to p. 225, line 5

**Cary Gray**

1) p. 6, lines 7-9

2) p. 8, 15-18

3) p. 13, lines 18-22

4) p. 270, line 17 to p. 273, line 4

5) p. 273, line 23 to p. 274, line 14

6) p. 275, lines 5-18

7) p. 276, line 19 to p. 277, line 8

8) p. 278, lines 8-10

9) p. 287, line 13 to p. 288, line 16

Respectfully submitted,

*/s/ Stephen D. Henninger*
**THOMAS P. BRANDT**
State Bar No.02883500
tbrandt@fhmbk.com
**STEPHEN D. HENNINGER**
State Bar No.00784256
shenninger@fhmbk.com
**FANNING HARPER MARTINSON BRANDT & KUTCHIN, P.C.**
One Glen Lakes
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300 (office)
(214) 987-9649 (telecopier)
**ATTORNEYS FOR DEFENDANT IAN McCAW**

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

*/s/Stephen D. Henninger*
**STEPHEN D. HENNINGER**