# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **DOLORES LOZANO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | **CIVIL ACTION NO: 6:16-CV-403-RP** |
| **BAYLOR UNIVERSITY; ART BRILES,** § | |
| in his individual capacity; **IAN MCCAW,** § | |
| in his individual capacity, and **CITY OF** § | |
| **WACO,** § | |
| § | |
| Defendants. § | |

## DEFENDANT IAN McCAW'S ESTIMATE OF TRIAL LENGTH

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Ian McCaw, a Defendant in the above-styled and numbered cause ("McCaw" or "Defendant"), and provides his estimate of the probable length of trial. McCaw estimates that the trial of this case will last 1 and ½ to 2 weeks.

Respectfully submitted,

*/s/ Thomas P. Brandt*
**THOMAS P. BRANDT**
State Bar No.02883500
tbrandt@fhmbk.com
**STEPHEN D. HENNINGER**
State Bar No.00784256
shenninger@fhmbk.com
**FANNING HARPER MARTINSON**
**BRANDT & KUTCHIN, P.C.**
One Glen Lakes
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300 (office)
(214) 987-9649 (telecopier)
**ATTORNEYS FOR DEFENDANT**
**IAN McCAW**

**EXHIBIT 9**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2023, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

/s/ *Thomas P. Brandt*
**THOMAS P. BRANDT**