# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | 6:16-CV-403-RP |
| BAYLOR UNIVERSITY; ART BRILES, In his individual capacity; IAN MCCAW, in his individual capacity; and CITY OF WACO, | | |
| Defendants. | | |

## NOTICE TO THE COURT

Pursuant to Local Rule CV-16, Defendant Art Briles ("Defendant") submits the following documents, attached to this Notice:

1. Defendant Art Briles' Proposed Voir Dire Questions;

2. Defendant Art Briles' Statement of Defenses;

3. Joint Statement of Stipulated Facts;

4. Defendant Art Briles' List of Trial Exhibits;

5. Defendant Art Briles' Designation of Potential Witnesses;

6. Defendant Art Briles' Deposition Designations;

7. Defendant Art Briles' Estimate of Trial Length;

8. Defendant Art Briles' Proposed Jury Instructions and Questions; and

9. Defendant Art Briles' Motions in Limine.

Respectfully submitted,

*/s/ Colin L. Powell*
**DARRELL L. BARGER**
Texas Bar No. 01733800
dbarger@hartlinebarger.com
**DAVID W. GREEN**
Texas Bar No. 08347475
dgreen@hartlinebarger.com

**HARTLINE BARGER LLP**
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1990 (telephone)
(713) 652-2419 (facsimile)

and

**COLIN L. POWELL**
Texas Bar No. 24092984
cpowell@hartlinebarger.com

**HARTLINE BARGER LLP**
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100 (telephone)
(214) 369-2118 (facsimile)

and

**ERNEST CANNON** *(Pro Hac Vice)*
Texas Bar No. 03746000
ernestcannon1@yahoo.com

**ERNEST H. CANNON LAW FIRM**
P.O. Box 1193
Stephenville, Texas 76401-0011
(254) 918-1006 (telephone)

**ATTORNEYS FOR DEFENDANT
ART BRILES**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of this document is being served pursuant to the Federal Rules of Civil Procedure on September 15, 2023.

                */s/ Colin L. Powell*
                **COLIN L. POWELL**