IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | 6:16-CV-403-RP |
| BAYLOR UNIVERSITY; ART BRILES, In his individual capacity; IAN MCCAW, in his individual capacity; and CITY OF WACO, | | |
| Defendants. | | |

## DEFENDANT ART BRILES' LIST OF TRIAL EXHIBITS

Pursuant to the Court's Scheduling Order and Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant Art Briles ("Defendant") respectfully submits its List of Trial Exhibits. Defendant reserves the right to use any exhibit included on the exhibit list of any party in this case, including Plaintiff Dolores Lozano and Defendant Baylor University. Defendant reserves, and does not waive, its objections to exhibits solely through listing same here.

### Exhibits Defendant will Likely Use

| Exhibit No. | Exhibit Description | Bates Number (if applicable) | Offered | Admit | Object |
|---|---|---|---|---|---|
| 1. | 5/23/2017 Letter from C. Holmes to A. Briles | Briles 02436 | | | |
| 2. | 9/4/2015 BU Football vs. SMU Student-Athlete Guest List | BU_Lozano0076395 | | | |
| 3. | 11/1/2015 Facebook Message from Dolores Lozano to Devin Chafin | BU_Lozano0075440 | | | |
| 4. | Defendant Baylor University's Fourth Amended Objections and Responses to Defendant Art Briles' First Set of Interrogatories | | | | |

| Exhibit No. | Exhibit Description | Bates Number (if applicable) | Offered | Admit | Object |
|---|---|---|---|---|---|
| 5. | Public posts from the Twitter/X account @doloresalozano | | | | |
| 6. | Public posts from the account from the Twitter/X account @harriscojp2 | | | | |

### Exhibits that may be used in response to rulings from the Court

| Exhibit No. | Exhibit Description | Bates Number (if applicable) | Offered | Admit | Object |
|---|---|---|---|---|---|
| 1. | September 2014 Title IX Program Review & Clery Act Compliance Assessment by Margolis Healy | BU_Lozano_0000195-0000312 | | | |
| 2. | 6/2/2016 Statement of Jim Barnes | Briles 02435 | | | |

Respectfully submitted,

*/s/ Colin L. Powell*
**DARRELL L. BARGER**
Texas Bar No. 01733800
dbarger@hartlinebarger.com
**DAVID W. GREEN**
Texas Bar No. 08347475
dgreen@hartlinebarger.com

**HARTLINE BARGER LLP**
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1990 (telephone)
(713) 652-2419 (facsimile)

and

**DEFENDANT ART BRILES' LIST OF TRIAL EXHIBITS**                                              **PAGE 2 of 3**

                                      **COLIN L. POWELL**
                                      Texas Bar No. 24092984
                                      cpowell@hartlinebarger.com

                                    **HARTLINE BARGER LLP**
                                    8750 North Central Expressway, Suite 1600
                                    Dallas, Texas 75231
                                    (214) 369-2100 (telephone)
                                    (214) 369-2118 (facsimile)

                                    **ERNEST CANNON** *(Pro Hac Vice)*
                                    Texas Bar No. 03746000
                                    ernestcannon1@yahoo.com

                                    **ERNEST H. CANNON LAW FIRM**
                                    P.O. Box 1193
                                    Stephenville, Texas 76401-0011
                                    (254) 918-1006 (telephone

                                    **ATTORNEYS FOR DEFENDANT**
                                    **ART BRILES**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of this document is being served pursuant to the Federal Rules of Civil Procedure on September 15, 2023.

                                    */s/ Colin L. Powell*
                                    **COLIN L. POWELL**