IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO, | § § § § | |
| Plaintiff, | | |
| vs. | § § § | 6:16-CV-403-RP |
| BAYLOR UNIVERSITY; ART BRILES, In his individual capacity; IAN MCCAW, in his individual capacity; and CITY OF WACO, | § § § § § § § | |
| Defendants. | § | |

## DEFENDANT ART BRILES' DESIGNATION OF POTENTIAL WITNESSES

Defendant Art Briles files this Designation of Potential Witnesses, pursuant to Western District of Texas Local Rule 16(f).

## DEFENDANT ART BRILES' POTENTIAL WITNESSES

| WITNESS | CONTACT INFORMATION (IF NOT PREVIOUSLY PROVIDED) | EXPECTS TO PRESENT | MAY CALL IF NEED ARISES |
|---|---|---|---|
| Dolores Lozano | | X | |
| Art Briles | | X | |
| Jeffrey Temple, Ph.D. | | X | |
| Devin Chafin (via deposition) | | X | |
| Jeff Lebby (via deposition) | | X | |
| Wes Yeary (via deposition) | | X | |
| James Cary Gray (via deposition) | | | X |
| Ron Murff (via deposition) | | | X |

| WITNESS | CONTACT INFORMATION (IF NOT PREVIOUSLY PROVIDED) | EXPECTS TO PRESENT | MAY CALL IF NEED ARISES |
|---|---|---|---|
| Colin Shillinglaw (via deposition) | | | X |

Defendant Briles may also rely on witnesses disclosed by Plaintiff or Defendants Baylor University and Ian McCaw in response to written discovery, by way of disclosure, or any other witnesses identified by the parties. Defendant also reserves the right to later identify and call additional witnesses for rebuttal or impeachment.

Respectfully submitted,

*/s/ Colin L. Powell*
**DARRELL L. BARGER**
Texas Bar No. 01733800
dbarger@hartlinebarger.com
**DAVID W. GREEN**
Texas Bar No. 08347475
dgreen@hartlinebarger.com

**HARTLINE BARGER LLP**
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1990 (telephone)
(713) 652-2419 (facsimile)

and

**COLIN L. POWELL**
Texas Bar No. 24092984
cpowell@hartlinebarger.com

**HARTLINE BARGER LLP**
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100 (telephone)
(214) 369-2118 (facsimile)

and

**ERNEST CANNON** *(Pro Hac Vice)*
Texas Bar No. 03746000
ernestcannon1@yahoo.com

**ERNEST H. CANNON LAW FIRM**
P.O. Box 1193
Stephenville, Texas 76401-0011
(254) 918-1006 (telephone)

**ATTORNEYS FOR DEFENDANT ART BRILES**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of this document is being served pursuant to the Federal Rules of Civil Procedure on September 15, 2023.

                */s/ Colin L. Powell*
                **COLIN L. POWELL**