IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 6:16-CV-403-RP |
| | § | |
| BAYLOR UNIVERSITY; ART BRILES, | § | |
| In his individual capacity; | § | |
| IAN MCCAW, in his individual capacity; | § | |
| and CITY OF WACO, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT ART BRILES' DEPOSITION DESIGNATIONS

Defendant Art Briles' ("Defendant") files this Designation of Deposition Testimony for the following witnesses. Defendant reserves the right to file counter-deposition designations upon receipt of Plaintiff's deposition designations.

I.  **James Cary Gray (February 10, 2020)**

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 6 | 7 | 6 | 10 |
| 7 | 22 | 8 | 7 |
| 8 | 10 | 9 | 2 |
| 13 | 3 | 14 | 1 |
| 14 | 16 | 15 | 4 |
| 15 | 14 | 15 | 10 |
| 34 | 21 | 35 | 24 |
| 36 | 17 | 38 | 18 |
| 40 | 09 | 43 | 08 |
| 45 | 04 | 48 | 11 |
| 50 | 24 | 53 | 11 |
| 55 | 11 | 56 | 21 |
| 67 | 11 | 67 | 11 |
| 76 | 8 | 76 | 18 |
| 80 | 23 | 83 | 07 |
| 93 | 01 | 94 | 17 |
| 96 | 07 | 98 | 01 |
| 106 | 09 | 109 | 02 |
| 117 | 02 | 118 | 21 |
| 123 | 17 | 134 | 07 |
| 134 | 11 | 135 | 01 |
| 139 | 06 | 140 | 01 |
| 142 | 01 | 142 | 01 |
| 143 | 12 | 144 | 02 |
| 145 | 02 | 147 | 07 |
| 153 | 16 | 155 | 02 |
| 156 | 24 | 157 | 17 |
| 158 | 18 | 159 | 02 |
| 168 | 07 | 169 | 09 |
| 179 | 06 | 180 | 13 |
| 180 | 24 | 184 | 14 |
| 194 | 24 | 195 | 07 |
| 195 | 17 | 196 | 02 |
| 201 | 11 | 202 | 07 |
| 205 | 16 | 207 | 04 |

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 208 | 03 | 209 | 04 |
| 209 | 13 | 211 | 06 |
| 211 | 11 | 213 | 03 |
| 213 | 03 | 213 | 03 |
| 216 | 07 | 216 | 12 |

II.   Wes Yeary (September 7, 2021 VOL 1)

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 7 | 9 | 8 | 5 |
| 9 | 9 | 10 | 5 |
| 10 | 17 | 11 | 10 |
| 13 | 18 | 19 | 8 |
| 19 | 24 | 20 | 07 |
| 20 | 23 | 24 | 09 |
| 25 | 01 | 25 | 13 |
| 25 | 18 | 28 | 01 |
| 28 | 22 | 29 | 14 |
| 29 | 25 | 30 | 08 |
| 30 | 14 | 30 | 17 |
| 30 | 21 | 30 | 25 |
| 38 | 03 | 38 | 08 |
| 39 | 09 | 40 | 20 |
| 42 | 09 | 44 | 24 |
| 45 | 10 | 46 | 15 |
| 46 | 19 | 48 | 06 |
| 48 | 21 | 49 | 14 |
| 50 | 02 | 51 | 15 |
| 52 | 15 | 54 | 05 |
| 54 | 14 | 54 | 19 |
| 62 | 23 | 63 | 14 |
| 64 | 21 | 67 | 02 |
| 76 | 05 | 76 | 25 |
| 78 | 24 | 80 | 04 |
| 88 | 02 | 88 | 10 |
| 90 | 06 | 91 | 11 |

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 91 | 17 | 92 | 04 |
| 92 | 20 | 99 | 15 |

### III.     Devin Deon Chafin (April 29, 2021)

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 9 | 25 | 10 | 2 |
| 16 | 3 | 16 | 13 |
| 17 | 23 | 19 | 22 |
| 20 | 9 | 22 | 25 |
| 23 | 24 | 24 | 21 |
| 24 | 25 | 27 | 5 |
| 27 | 10 | 27 | 15 |
| 29 | 16 | 30 | 7 |
| 30 | 9 | 31 | 5 |
| 31 | 7 | 31 | 20 |
| 31 | 24 | 32 | 17 |
| 32 | 22 | 32 | 25 |
| 33 | 4 | 34 | 5 |
| 34 | 7 | 34 | 9 |
| 34 | 13 | 34 | 25 |
| 35 | 2 | 35 | 12 |
| 35 | 23 | 36 | 13 |
| 38 | 8 | 38 | 14 |
| 39 | 3 (Were) | 40 | 14 |
| 40 | 18 | 41 | 5 |
| 41 | 8 | 42 | 5 |
| 42 | 9 | 42 | 18 |
| 43 | 18 | 43 | 25 |
| 47 | 15 | 48 | 12 |
| 49 | 12 | 50 | 3 |
| 50 | 12 | 51 | 22 |
| 52 | 1 | 52 | 14 |
| 52 | 21 | 52 | 24 |
| 53 | 6 | 55 | 4 |
| 55 | 24 | 56 | 3 |

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 57 | 23 | 58 | 7 |
| 58 | 18 | 59 | 8 |
| 59 | 13 | 60 | 8 |
| 60 | 16 | 61 | 7 |
| 61 | 11 | 66 | 19 |
| 66 | 25 | 68 | 13 |
| 69 | 19 | 70 | 6 |
| 70 | 16 | 71 | 17 |
| 72 | 6 | 72 | 8 |
| 73 | 24 | 74 | 14 |
| 74 | 22 | 75 | 8 |
| 76 | 6 | 76 | 15 |
| 78 | 9 | 78 | 18 |
| 78 | 25 | 79 | 12 |
| 80 | 5 | 81 | 15 |
| 81 | 22 | 82 | 7 |
| 82 | 10 | 82 | 24 |
| 83 | 2 | 83 | 21 |
| 83 | 24 | 84 | 5 |
| 84 | 11 | 84 | 23 |
| 85 | 1 | 86 | 25 |
| 87 | 2 | 87 | 2 |
| 87 | 10 | 89 | 12 |
| 91 | 15 | 91 | 16 |
| 91 | 20 | 91 | 22 |
| 92 | 6 | 92 | 7 |
| 92 | 9 | 92 | 15 |
| 93 | 10 | 93 | 16 |
| 93 | 20 | 93 | 23 |
| 94 | 4 | 94 | 11 |
| 94 | 20 | 96 | 20 |
| 97 | 1 | 97 | 21 |
| 98 | 4 | 98 | 10 |
| 98 | 13 | 99 | 6 |
| 99 | 12 | 99 | 21 |
| 99 | 25 | 102 | 23 |
| 103 | 20 | 103 | 23 |

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 104 | 2 | 105 | 12 |
| 105 | 15 | 105 | 25 |
| 106 | 8 | 108 | 4 |
| 108 | 16 | 109 | 14 |
| 109 | 16 | 110 | 1 |
| 110 | 3 | 110 | 5 |
| 110 | 18 | 111 | 6 |
| 112 | 17 | 113 | 5 |
| 113 | 17 | 117 | 10 |
| 119 | 23 | 121 | 12 |
| 121 | 22 | 122 | 6 |
| 122 | 11 | 122 | 19 |
| 123 | 10 | 123 | 25 |
| 124 | 15 | 124 | 22 |
| 125 | 12 | 126 | 14 |
| 126 | 20 | 128 | 7 |
| 128 | 10 | 128 | 21 |
| 132 | 4 | 133 | 3 |
| 133 | 11 | 134 | 14 |
| 134 | 17 | 134 | 20 |
| 139 | 20 | 141 | 20 |
| 146 | 13 | 147 | 5 |
| 147 | 11 | 147 | 18 |
| 147 | 24 | 148 | 1 |
| 148 | 5 | 152 | 6 |
| 152 | 25 | 153 | 11 |
| 156 | 18 (For) | 157 | 23 |
| 158 | 2 | 159 | 20 |
| 160 | 19 | 161 | 16 |
| 161 | 22 | 164 | 2 |
| 164 | 9 | 164 | 24 |
| 171 | 25 | 172 | 3 |
| 173 | 3 | 173 | 10 |
| 173 | 21 | 174 | 16 |
| 175 | 3 | 176 | 6 |
| 176 | 10 | 176 | 20 |
| 177 | 11 | 177 | 14 |

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 177 | 20 | 178 | 19 |
| 179 | 4 | 180 | 13 |
| 182 | 7 | 183 | 2 |
| 184 | 11 | 185 | 19 |
| 186 | 12 | 188 | 14 |
| 188 | 17 | 191 | 1 |
| 191 | 10 | 192 | 1 |
| 192 | 16 | 193 | 4 |
| 193 | 6 | 194 | 7 |
| 194 | 12 | 194 | 21 |
| 196 | 11 | 196 | 21 |
| 196 | 25 | 197 | 13 |
| 197 | 18 | 198 | 2 |
| 199 | 6 | 200 | 2 |
| 200 | 23 | 201 | 22 |
| 202 | 10 | 202 | 21 |
| 206 | 11 | 206 | 23 |
| 207 | 12 | 208 | 4 |
| 209 | 5 | 209 | 19 |
| 210 | 1 | 210 | 24 |
| 211 | 9 | 211 | 25 |
| 212 | 16 | 212 | 25 |
| 213 | 21 | 216 | 11 |
| 216 | 22 | 217 | 1 |
| 217 | 4 | 217 | 4 |
| 217 | 10 | 218 | 24 |
| 219 | 8 | 219 | 12 |
| 219 | 19 | 220 | 24 |
| 221 | 5 | 221 | 16 |
| 222 | 7 | 222 | 20 |
| 222 | 23 | 223 | 2 |

## IV.     Jeff Lebby (September 22, 2021)

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 10 | 3 | 10 | 23 |
| 11 | 19 | 12 | 19 |
| 13 | 9 | 13 | 11 |
| 13 | 15 | 13 | 18 |
| 14 | 5 | 14 | 15 |
| 15 | 15 | 15 | 17 |
| 23 | 18 | 23 | 25 |
| 24 | 19 | 25 | 3 |
| 45 | 20 | 46 | 13 |
| 47 | 5 | 47 | 14 |
| 49 | 23 | 50 | 5 |
| 52 | 19 | 52 | 21 |
| 53 | 1 | 53 | 1 |
| 53 | 13 | 53 | 18 |
| 58 | 7 | 58 | 21 |

Respectfully submitted,

*/s/ Colin L. Powell*
Darrell L. Barger
Texas Bar No. 01733800
dbarger@hartlinebarger.com
David W. Green
Texas Bar No. 08347475
dgreen@hartlinebarger.com

**HARTLINE BARGER LLP**
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1990 (telephone)
(713) 652-2419 (facsimile)

and

**COLIN L. POWELL**
Texas Bar No. 24092984
cpowell@hartlinebarger.com

**HARTLINE BARGER LLP**
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100 (telephone)
(214) 369-2118 (facsimile)

and

**ERNEST CANNON** *(Pro Hac Vice)*
Texas Bar No. 03746000
ernestcannon1@yahoo.com

**ERNEST H. CANNON LAW FIRM**
P.O. Box 1193
Stephenville, Texas 76401-0011
(254) 918-1006 (telephone)

**ATTORNEYS FOR DEFENDANT ART BRILES**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of this document is being served pursuant to the Federal Rules of Civil Procedure on September 15, 2023.

                       */s/ Colin L. Powell*
                       **COLIN L. POWELL**