UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO; <br><br> Plaintiff, <br><br> v. <br><br> BAYLOR UNIVERSITY, <br> ART BRILES, *in his individual capacity,* and <br> IAN McCAW, *in his individual capacity,* <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § <br><br> Case No.: 6:16-cv-00403 <br><br> Hon. Robert Pitman |

## PLAINTIFF DOLORES LOZANO'S NOTICE TO THE COURT

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff Dolores Lozano files these documents as directed by Pre-trial Order Dkt. 246 and in accordance with Local Rule CV-16 and Rule 16 of the Federal Rules of Civil Procedure.

The documents contained within encompass as follows:

Exhibit 1.   A list of questions the party desires the court to ask prospective jurors.

Exhibit 2.   A statement of the party's claims or defenses to be used by the court in conducting voir dire.

Exhibit 3.   A list of stipulated facts.

Exhibit 4.   An appropriate identification of each exhibit as specified in this rule, separately identifying those that the party expects to offer and those that the party may offer if the need arises.

Exhibit 5.   The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom the party

1

|             |                                                                                                                                                                                                                                                                                                             |
|-------------|---|
| Exhibit 6.  | The name of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only) and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony. |
| Exhibit 7.  | Proposed jury instructions and verdict forms. |
| Exhibit 8.  | Any motions in limine. |
| Exhibit 9.  | An estimate of the probable length of trial. |

Dated:  September 15, 2023                      Respectfully submitted,

<u>/s/ Sheila P. Haddock</u>
Sheila P. Haddock
Attorney-in-charge
Texas State Bar No. 00790810
Sheila@zalkin.com
Irwin M. Zalkin (*pro hac vice*)
irwin@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W Ocean Air Drive, Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

Zeke O. Fortenberry (Pro Hac Vice)
Texas State Bar No. 24061361
zeke@fortenberryfirm.com
Fortenberry Firm PLLC
18333 Preston Rd, Suite 375
Dallas, TX 75252
Telephone: (469)626-7373
Facsimile: (469)716-4190

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 15, 2023, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

                             THE ZALKIN LAW FIRM, P.C.

                             */s/ Sheila P. Haddock*
                             Sheila P. Haddock