IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO, <br><br> *Plaintiff*, <br><br> v. <br><br> BAYLOR UNIVERSITY, ART BRILES, and IAN MCCAW, <br><br> *Defendants*. | § § § § § § § § § § Civil Action No. 6:16-CV-00403-RP |

**BAYLOR UNIVERSITY'S NOTICE TO THE COURT**

TO THE HONORABLE ROBERT PITMAN:

In accordance with this Court's Order of August 21, 2023 [ECF 246], Baylor University submits the attached pretrial submissions required by Federal Rule of Civil Procedure 26(a)(3) and Local Rule CV-16(e)-(f):

1. **List of Questions that Defendant Baylor University Desires the Court to Ask Prospective Jurors [Local Rule 16(f)(1)]**

   Please refer to Exhibit "1" attached hereto.

2. **Statement of Defendant Baylor University's Claims or Defenses for Use During Voir Dire [Local Rule 16(f)(2)]**

   Please refer to Exhibit "2" attached hereto.

3. **Stipulation of Facts [Local Rule 16(f)(3)]**

   Please refer to Exhibit "3" attached hereto.

4. **Baylor University's List of Exhibits [Local Rule 16(f)(4)]**

   Please refer to Exhibit "4" attached hereto.

5. **Baylor University's Witness List [Local Rule 16(f)(5)]**

   Please refer to Exhibit "5" attached hereto.

**6.** **Baylor University's Deposition Transcript Designations [Local Rule 16(f)(6)]**

Please refer to Exhibit "6" attached hereto.

**7.** **Baylor University's Proposed Jury Instructions and Verdict Forms [Local Rule 16(f)(7)]**

Please refer to Exhibit "7" attached hereto.

**8.** **Baylor University's Motions in Limine [Local Rule 16(f)(9)]**

Please refer to Exhibit "8" attached hereto.

**9.** **Baylor University's Estimate of Probable Length of Trial [Local Rule 16(f)(10)]**

Please refer to Exhibit "9" attached hereto.

Defendant Baylor University's disclosures pursuant to Fed. R. Civ. P. 26(a)(2) concerning the testimony and reports of retained or specially employed experts, if any, have been served in accordance with the Federal Rules of Civil Procedure.

All pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) were made by Baylor University at least 30 days prior to trial of this cause.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Lisa A. Brown
Lisa A. Brown
State Bar of Texas No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
lbrown@thompsonhorton.com
(713) 554-6741 (telephone)

Holly G. McIntush
State Bar of Texas No. 24065721
8300 N. MoPac Expwy, Suite 220
Austin, Texas 78759
(512) 615-2350 (telephone)
(512) 682-8860 (fax)
hmcintush@thompsonhorton.com

Adam Rothey
State Bar of Texas No. 24051274
Leila H. Gary
State Bar of Texas No. 24058790
500 N. Akard Street, Suite 3150
Dallas, Texas 75201
(972) 441-4527 (telephone)
arothey@thompsonhorton.com
lgary@thompsonhorton.com

**WEISBART SPRINGER HAYES LLP**

Julie A. Springer
State Bar No. 18966770
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

COUNSEL FOR DEFENDANT
BAYLOR UNIVERSITY

**CERTIFICATE OF SERVICE**

   I certify that a true and correct copy of this document was served upon opposing counsel on September 15, 2023, via the Court's ECF/CMF electronic filing and service system as follows:

| | |
|---|---|
| Sheila Haddock<br>Alexander Zalkin<br>Irwin Zalkin<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Drive, Suite 125<br>San Diego, California 92130<br>(858) 259-3011 (Tel.)<br>(858) 259-2015 (Fax)<br>sheila@zalkin.com<br>alex@zalkin.com<br>irwin@zalkin.com | Tom Nesbitt<br>Scott DeShazo<br>DeShazo & Nesbitt, LLP<br>809 West Avenue<br>Austin, Texas 78701<br>(512) 617-5560 (Tel.)<br>(512) 617-5563 (Fax)<br>tnesbitt@dnaustin.com<br>sdeshazo@dnaustin.com<br>lgoodson@dnaustin.com |
| Thomas P. Brandt<br>Stephen D. Henninger<br>Fanning, Harper, Martinson, Brandt<br>  & Kutchin, P.C.<br>Two Energy Square<br>4849 Greenville Ave., Ste. 1300<br>Dallas, Texas 75206<br>(214) 369-1300 (Tel.)<br>(214) 987-9649 (Fax)<br>tbrandt@fhmbk.com<br>shenninger@fhmbk.com | Ernest Cannon<br>P.O. Box 1193<br>Stephenville, Texas 76401<br>(254) 918-1006<br>Ernestcannon1@yahoo.com |
| Darrell L. Barger<br>David W. Green<br>Colin Powell<br>Hartline Barger LLP<br>1980 Post Oak Blvd., Suite 1800<br>Houston, Texas 77056<br>(713) 759-1990 (Tel.)<br>(713) 652-2419 (Fax)<br>dbarger@hartlinebarger.com<br>dgreen@hartlinebarger.com<br>cpowell@hartlinebarger.com | Colin L. Powell<br>Hartline Barger LLP<br>8750 North Central Expressway, Suite 1600<br>Dallas, Texas 75231<br>(214) 369-2100 (Tel.)<br>(214) 369-2118 (Fax)<br>cpowell@hartlinebarger.com |

                 /s/ *Lisa Brown*
                 Lisa A. Brown