# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO, <br> *Plaintiff*, <br> v. <br> BAYLOR UNIVERSITY, ART BRILES, and <br> IAN MCCAW, <br> *Defendants*. | § § § § § § § § § <br><br> Civil Action No. 6:16-CV-00403-RP |

**DEFENDANT BAYLOR UNIVERSITY'S STATEMENT OF DEFENSES**

**BAYLOR UNIVERSITY'S STATEMENT OF DEFENSES**

Dolores Lozano alleges that, several weeks before graduation in 2014, she argued with her former boyfriend, Devin Chafin, and he allegedly physically assaulted her. When she reported being assaulted, Baylor employees responded with care, compassion, and resources, providing health care, counseling, and academic and spiritual support. They encouraged her to file criminal charges with the police and a complaint with Baylor's Office of Student Conduct Administration. She chose not to pursue charges or a no-contact order that would have required Chafin to stay away from her. Baylor respected her desire for time to think about her options and to consult with her mother who is a police officer. Thereafter, Ms. Lozano resumed her relationship with Chafin, and he allegedly assaulted her in his apartment.  Ms. Lozano graduated two weeks later and is now successfully employed as a justice of the peace in Houston. Baylor did not subject Ms. Lozano to discrimination on the basis of sex or create a heightened risk that she would be assaulted. Baylor was not negligent or deliberately indifferent at any time, and its conduct in no way caused any assault, if you conclude that any assaults occurred. While Baylor has acknowledged past mistakes arising out of its football program, this is not one of those cases.

Respectfully submitted,

**Thompson & Horton LLP**

By: /s/ Lisa A. Brown
    Lisa A. Brown
    State Bar of Texas No. 03151470
    Phoenix Tower, Suite 2000
    3200 Southwest Freeway
    Houston, Texas 77027-7554
    lbrown@thompsonhorton.com
    (713) 554-6741 (telephone)

    Holly G. McIntush
    State Bar of Texas No. 24065721
    8300 N. MoPac Expwy, Suite 220
    Austin, Texas 78759
    hmcintush@thompsonhorton.com
    (512) 615-2350 (telephone)

    K. Adam Rothey
    State Bar of Texas No. 24051274
    Leila H. Gary
    State Bar of Texas No. 24058790
    Thompson & Horton LLP
    500 N. Akard Street, Suite 3150
    Dallas, Texas 75201
    (972) 441-4527 (telephone)
    arothey@thompsonhorton.com
    lgary@thompsonhorton.com

**Weisbart Springer Hayes LLP**

    Julie A. Springer
    State Bar No. 18966770
    212 Lavaca Street, Suite 200
    Austin, Texas 78701
    512.652.5780
    512.682.2074 fax
    jspringer@wshllp.com

COUNSEL FOR DEFENDANT
BAYLOR UNIVERSITY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon opposing counsel on September 15, 2023, via the Court's ECF/CMF electronic filing and service system as follows:

Sheila Haddock
Alexander Zalkin
Irwin Zalkin
The Zalkin Law Firm, P.C.
10590 W. Ocean Air Drive, Suite 125
San Diego, California 92130
(858) 259-3011 (Tel.)
(858) 259-2015 (Fax)
sheila@zalkin.com
alex@zalkin.com
irwin@zalkin.com

Tom Nesbitt
Scott DeShazo
DeShazo & Nesbitt, LLP
809 West Avenue
Austin, Texas 78701
(512) 617-5560 (Tel.)
(512) 617-5563 (Fax)
tnesbitt@dnaustin.com
sdeshazo@dnaustin.com
lgoodson@dnaustin.com

Thomas P. Brandt
Stephen D. Henninger
Fanning, Harper, Martinson, Brandt
  & Kutchin, P.C.
Two Energy Square
4849 Greenville Ave., Ste. 1300
Dallas, Texas 75206
(214) 369-1300 (Tel.)
(214) 987-9649 (Fax)
tbrandt@fhmbk.com
shenninger@fhmbk.com

Ernest Cannon
P.O. Box 1193
Stephenville, Texas 76401
(254) 918-1006
Ernestcannon1@yahoo.com

Darrell L. Barger
David W. Green
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1990 (Tel.)
(713) 652-2419 (Fax)
dbarger@hartlinebarger.com
dgreen@hartlinebarger.com

Colin L. Powell
Hartline Barger LLP
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100 (Tel.)
(214) 369-2118 (Fax)
cpowell@hartlinebarger.com

　　　　　　　　　　　　　　　　　　　_/s/ Lisa Brown_____
　　　　　　　　　　　　　　　　　　　Lisa A. Brown