# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BAYLOR UNIVERSITY, ART BRILES, and § <br> IAN MCCAW § <br> § <br> Defendants. § | CIVIL ACTION NO. 6:16-CV-00403-RP |

### DEFENDANT BAYLOR UNIVERSITY'S TRIAL EXHIBIT LIST

TO THE HONORABLE JUDGE ROBERT PITMAN:

Defendant Baylor University (sometimes referred to as the "University") submits the following list of trial exhibits. Whether the University offers a particular exhibit will depend upon the Court's ruling on the parties' motions in limine, witness testimony at trial, and the admission of exhibits offered by Plaintiff Dolores Lozano other parties.

**A. Exhibits Baylor University Expects to Offer**

| Exh. No. | Beg. Bates No. | End Bates No. | Description | Offer | Admit |
|---|---|---|---|---|---|
| 1 | PH_0307788 | PH_0307795 | BU-PP 028: Civil Rights Policy (Rev. January 15, 2007) | | |
| 2 | BU_Lozano_0004054 | BU_Lozano_0004054 | 2010 Baylor University – Student Policies & Procedures: Policy on Civil Rights | | |
| 3 | BU_Lozano_0004060 | BU_Lozano_0004060 | 2010-2013 Baylor University Student Policies & Procedures: Policy on Sexual Harassment | | |
| 4 | PH_0177576 | | Campus Life Mid-Year Report (July 30, 2010) | | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | BU_Lozano_0003557 | BU_Lozano_0003558 | 2010-11 Student Code of Conduct | | |
| 6 | PH_0382682 | PH_0382685 | CL&L 2010 Fall Training Conference Schedule (August 11, 2010) | | |
| 7 | BU_Lozano_0000628 | BU_Lozano_0000629 | Email thread between Martha Lou Scott and Baylor Administrators regarding "Report It!" Website going live and being accessible to students and parents | | |
| 8 | BU_0002833 | BU_0002833 | BUPD Website Student Options Following Sexual Assault | | |
| 9 | BU_Lozano_0000183 | BU_Lozano_0000183 | Baylor University Counseling Center Sexual Assault Response Team Protocol | | |
| 10 | BU_Lozano_0000193 | BU_Lozano_0000193 | Baylor University Health Center After-Hours Protocol | | |
| 11 | BU_Lozano_0000722 | BU_Lozano_0000784 | Campus Life Mid-Year Report Fall 2010 (December 17, 2010) | | |
| 12 | BU_Lozano_0000600 | BU_Lozano_0000603 | The Baylor Lariat: A light in the dark: Bear sheds light on domestic violence at Take Back the Night, March 24, 2011 | | |
| 13 | BU_Lozano_0001683 | BU_Lozano_0001683 | 2010-11 Judicial Affairs Annual Statistics | | |
| 14 | BU_Lozano_0002461 | BU_Lozano_0002490 | 2010-11 Sexual Assault Work Team Report | | |
| 15 | BU_Lozano_0002856 | BU_Lozano_0002877 | 2011-2012 Crisis Management Response Procedure Handbook | | |
| 16 | PH_0388822 | PH_0388822 | New Faculty Orientation presentation by Sinda Vanderpool, Kevin Jackson, Brandon Miller, Jim Marsh, and Burt Burleson that includes page (78) on the "Report It!" Website | | |

| | | | | | |
|---|---|---|---|---|---|
| 17 | BU_Lozano_0012473 | BU_Lozano_00124787 | Baylor University Personnel Policies and Procedures – Department of Athletics (Rev. 9/14/2011) | | |
| 18 | BU_Lozano_0003556 | BU_Lozano_0003556 | BUPD: Reporting a Crime Website – 9/22/2011 | | |
| 19 | BU_Lozano_0001163 | BU_Lozano_0001165 | Email from M.L. Scott regarding "Breaking the Silence" program | | |
| 20 | BU_Lozano_0001530 | BU_Lozano_0001533 | 2011-2012 Campus Security Report and Annual Student Life Notification Email to Current Students/Staff | | |
| 21 | PH_0936789 | PH_0936793 | Baylor Division of Student Life Newsletter | | |
| 22 | BU_Lozano_0001209 BU_Lozano_0001212 | BU_Lozano_0001213 | Email from S. Risinger to Baylor Administrators attaching Sexual Assault Reference Card | | |
| 23 | PH_0200191 | PH_0200192 | BUPD Incident report no. Y-0895 involving D. Lozano and roommate | | |
| 24 | PH_0203226 | PH_0203229 | Email from B. McCraw to M. L. Scott and J. Whelan regarding use of "Know of Your Rights" with sexual assault victims | | |
| 25 | BU_Lozano_0001684 | BU_Lozano_0001684 | 2011-12 Judicial Affairs Annual Statistics | | |
| 26 | BU_Lozano_0001229 | BU_Lozano_0001233 | June 2012 Orientation session includes healthy vs. unhealthy relationships, bystander intervention, and sexual assault-risk-reduction strategies. | | |
| 27 | PH_0206866 | PH_0206866 | B. McCraw email to J.Whelan regarding Title IX discussion during orientation. | | |
| 28 | BU_Lozano_0078238 | BU_Lozano_0078251 | 2012 CL&L "Summer Institute" for RDs | | |

| # | | | | | |
|---|---|---|---|---|---|
| 29 | PH_0208053 | PH_0208053 | 2012-13 B. McCraw's Baylor Community Expectations Presentation at Athletics Orientation | | |
| 30 | PH_1875451 | PH_1875504 | 2012-13 Athletics Handbook | | |
| 31 | PH_0211345 | PH_0211345 | Email from Bethany McCraw regarding Sexual Assault Education Programs as of 8/30/2012 | | |
| 32 | BU_Lozano_0003771 | BU_Lozano_0003775 | 2012-2013 Campus Security Report and Annual Student Life Notification Email to Current Students | | |
| 33 | BU_Lozano_0002933 | BU_Lozano_0002988 | Oct 10, 2012 K. Kazadi Email to A. Briles and C. Shillinglaw | | |
| 34 | BU_Lozano_0076234 | BU_Lozano_76238 | Emails between D. Lozano and D. Murdock regarding cyberbullying | | |
| 35 | CITY 000571 | CITY 000571 | L. Lozano email to B. Stroman (Waco PD) regarding D. Lozano's "road rage" incident | | |
| 36 | BU_Lozano 0011181 | BU_Lozano 0011182 | June 14, 2013 Memorandum from K. Starr to K. Jackson and C Beckenhauer establishing task force for Administrative Review of Sexual Violence Policies and Practices | | |
| 37 | BU_Lozano_0001523 | BU_Lozano_0001525 | 2012-13 Wellness End of Year Report | | |
| 38 | BU_Lozano_0000106 | BU_Lozano_0000140 | 2013-14 Student Athlete Handbook | | |
| 39 | BU_Lozano_0000645 | BU_Lozano_0000646 | 2013-2014 "Report It!" Folder | | |
| 40 | BU_Lozano_0001450 | BU_Lozano_0001450 | Letter to Students regarding "Step Up and Speak Out," "Report It!" and "Know Your Rights" | | |

| | | | | | |
|---|---|---|---|---|---|
| 41 | PH_0270195 | PH_0270310 | 2013-14 Crisis Management Response Procedure Handbook | | |
| 42 | BU_Lozano_0078267 | BU_Lozano_0078267 | August 5, 2013 Letter from C Wooten to residence hall directors | | |
| 43 | BU_Lozano_0078272 | BU_Lozano_0078297 | 2013 Fall Campus Leader (CL) Training RHD Playbook | | |
| 44 | BU_Lozano_0078235 | BU_Lozano_0078237 | Fall 20123 sexual assault case study for CL&L | | |
| 45 | BU_Lozano_0000658 | BU_Lozano_0000660 | The Baylor Lariat: Baylor implements new sexual assault prevention campaign, September 6, 2013 | | |
| 46 | BU_Lozano_0005276 | BU_Lozano_0005280 | 2013-2014 Campus Security Report and Annual Student Life Notification Email to Current Faculty/Staff | | |
| 47 | BU_Lozano_0000355 BU_Lozano_0000373 | BU_Lozano_0000383 | 2013 Baylor University Annual Fire Safety and Security Report | | |
| 48 | PH_0247209 | PH_0247217 | November 8, 2013 Email Circulating Materials for Task Force Meeting | | |
| 49 | CITY 000648 | CITY 000651 | Waco PD police report no. 13-23170 involving D. Lozano and roommate | | |
| 50 | PH_0348972; PH_0348977 | | The Baylor Lariat: Sex, Violation, Power (Part 3 of 4), December 5, 2013 | | |
| 51 | BU_Lozano_0003310 | BU_Lozano_0003310 | Email from I McCaw to N Post regarding Sexual Assault Awareness Video | | |
| 52 | PH_1139378 | PH_1139416 | Email from K. Jackson to senior Baylor administrators circulating January 2014 White House Report on sexual violence | | |

| 53 | DL000137 | DL000139 | Photographs of female person with metadata indicating date and time of photographs<br>March 6, 2014, 11:06 PM<br>March 7, 2014 11:45 AM<br>March 10, 2014 2:18 PM | | |
|---|---|---|---|---|---|
| 54 | DL000127 | DL000133 | Seven (7) color photographs of female person | | |
| 55 | BU_Lozano_078979 | BU_Lozano_078980 | 2014 Judicial Affairs Sexual Harassment and Assault Website | | |
| 56 | PH_0257729 | PH_0257731 | Email re DRAFT – Sexual Assault Reporting Flow Chart | | |
| 57 | BU_Lozano_0001477 | BU_Lozano_0001483 | 2014 Updates to Judicial Affairs disciplinary procedures website | | |
| 58 | BU_Lozano_0009041 | BU_Lozano_0009043 | Baylor University Health Services Clinic Notes for D. Lozano | | |
| 59 | BU_Lozano_0009034 | BU_Lozano_0009039 | Baylor University Counseling Center Records for D. Lozano | | |
| 60 | BU_Lozano_0002248<br>BU_Lozano_0002249<br>BU_Lozano_0002250<br>BU_Lozano_0002251<br>BU_Lozano_0002252<br>BU_Lozano_0002253<br>BU_Lozano_0002254 | | Text messages between L. Lozano and C. Shillinglaw | | |
| 61 | DL000143 | DL000145 | Facebook Messages between D. Lozano and J. Hollingsworth | | |
| 62 | BU_Lozano_0001731 | BU_Lozano_0001731 | Email from M. L. Scott to S. Dorrell and B. McCraw regarding D. Lozano | | |
| 63 | BU_Lozano_0009047 | BU_Lozano_0009049 | Baylor University Health Services - Hillcrest Imaging Center Radiology Report for D. Lozano | | |
| 64 | BU_Lozano_0001737 | BU_Lozano_0001738 | Email from M. L. Scott to J. Doak regarding D. Lozano | | |

| 65 | BU_Lozano 0078752 | BU_Lozano 0078752 | Student Conduct Administration Filed For Future Reference form regarding Devin Chafin | | |
| 66 | BU-Lozano 0078834 | BU-Lozano 00788345 | Student Conduct Administration file copy of M. Scott emails to B. McCraw (April 10, 2014) regarding an altercation involving Lozano and Chafin | | |
| 67 | CITY 000618 | CITY 000643 | Waco PD Incident Report No. 14-7098 | | |
| 68 | CITY 000626 | CITY 000631 | Photographs D. Lozano provided to Waco PD | | |
| 69 | BU_Lozano_0001756 | BU_Lozano_0001759 | Email chain between S. Dorrell, M. L. Scott and B. McCraw regarding D. Lozano | | |
| 70 | PH_0002346 | PH_0002346 | S. Dorrell calendar entry for appointment with D. Lozano on 4/17/2014 | | |
| 71 | PH_0002349 | PH_0002349 | S. Dorrell email to D. Lozano regarding missed 4/17/2014 appointment | | |
| 72 | DL000136 | DL000136 | Business Card with handwritten contact information for B. McCraw | | |
| 73 | BU_Lozano_0075885 | BU_Lozano_0075885 | S. Dorrell's case manager notes regarding D. Lozano | | |
| 74 | BU_Lozano_0001781 | BU_Lozano_0001785 | Email thread between B. McCraw, S. Dorrell, and M. L. Scott regarding encouraging D. Lozano to make appointment with Judicial Affairs | | |
| 75 | BU_Lozano 0078815 | BU_Lozano 0078819 | Email thread between B McCraw and S. Ritter regarding no contact from complainant w/ handwritten notes 6/5/2014 | | |

| 76 | BU_Lozano 0078808 | BU_Lozano 0078810 | Email thread between B. McCraw and B. Howell regarding Waco PD needing to speak to D. Lozano with B. McCraw handwritten notes | | |
|---|---|---|---|---|---|
| 77 | BU_Lozano_0075920 | BU_Lozano_0075922 | Email thread between B. McCraw and B. Howell with update on D. Lozano Police report | | |
| 78 | BU_Lozano_0001797 | BU_Lozano_0001800 | Email thread between B. McCraw, S. Dorrell, and M. L. Scott regarding D. Lozano, with update on police report | | |
| 79 | DL000014 | DL000015 | Email thread between D. Lozano and Professor D. Rainer regarding extra credit assignments and opportunity to improve grade in class | | |
| 80 | DL000201 | DL000203 | Facebook Messages between D. Lozano and D. Chafin | | |
| 81 | DL000012 | DL000012 | Email thread between D. Lozano and Professor C. Caviness regarding grade adjustment and professor conversations with M. L. Scott | | |
| 82 | BU_Lozano_0001687 | BU_Lozano_0001688 | D. Lozano's Official Baylor University Transcript | | |
| 83 | BU_Lozano_0001828 | BU_Lozano_0001829 | Bethany McCraw email to Kimo Cummings/David Murdock regarding Dolores Lozano | | |
| 84 | DL000135 | DL000135 | Facebook Messenger messages between D. Lozano and J. K. Chafin | | |
| 85 | CITY 000637 | CITY 000643 | Waco PD Incident Report regarding D. Lozano complaint about J. Kerr | | |

| 86 | Dolores Lozano Deposition, Exhibit 21 | | Plaintiff's Original Petition, *Dolores Lozano and Johnny Joe Ramos, Jr. vs. Eolalio Grande and Jose Alexander Grande*, Cause No. 2015-34212, In the District Court of Harris County, Texas, 189th Judicial District | | |
| --- | --- | --- | --- | --- | --- |
| 87 | DL000142 | DL000142 | Text messages between D. Lozano and J. Lebby | | |
| 88 | BU_Lozano_0001462 | BU_Lozano_0001464 | Email thread between D. Lozano and W. Yeary dated August 8-10, 2015 | | |
| 89 | DL000090 | DL000090 | D. Lozano's Cover Letter to K. Rudolph, Associate Director of Admissions Communications, Baylor University | | |
| 90 | DL000089 | DL000089 | D. Lozano's Cover Letter to J. Garrison, Associate Athletic Director for Marketing, Baylor University | | |
| 91 | BU_Lozano_0076395 | | Excerpt from BU Football vs. SMU Student-Athlete Guest List (September 4, 2015) | | |
| 92 | BU_Lozano_0075440 | BU_Lozano_0075440 | Facebook Messages from D. Lozano to D. Chafin dated November 1, 2015 | | |
| 93 | BU_Lozano_0009032 | BU_Lozano_0009033 | D. Lozano's Statement to Municipal Court | | |
| 94 | Dolores Lozano Deposition, Exhibit 23 | | Plaintiff's Original Petition, *Dolores Lozano v. Metropolitan Transit Authority of Harris County, Texas*, Cause No. 2018-77452, In the District Court of Harris County, Texas, 157th Judicial District | | |

| 95 | Dolores Lozano Deposition, Exhibit 29 | | Oral Deposition of D. Lozano, *Dolores Lozano v. Metropolitan Transit Authority of Harris County*, Texas, Cause No. 2018-77452, In the District Court of Harris County, Texas, 157th Judicial District | | |
|---|---|---|---|---|---|
| 96 | 000001<br>000023<br>000029<br>000045<br>000055<br>000059<br>000063<br>000070<br>000072<br>000083<br>00091<br>000098<br>000107<br>000111<br>000127<br>000131<br>000136<br>000148 | 000006<br>000024<br>000032<br>000050<br>000056<br>000060<br>000064<br>000071<br>000073<br>000084<br>000096<br>000099<br>000108<br>000112<br>000128<br>000132<br>000139<br>000151 | Affidavit of Custodian of Records and selection from documents produced by Nick Finnegan Counseling Center in response to subpoena from Baylor University | | |
| 97 | 000008 | 000035 | Affidavit of Custodian of Records and selection from documents produced by Texas Children's Hospital Records for D. Lozano | | |
| 98 | DL000611 | DL000660 | Affidavit of Custodian of Records and QualCare health records for D. Lozano | | |
| 99 | 000001<br><br>002607<br><br>001671 | 000015 (Key)<br><br>002653 (Cell)<br><br>002606 (SMS) | AT&T Custodian of Records Affidavit AT&T Key and Cell Phone Records and SMS Records for D. Lozano | | |

| | | | | | |
|---|---|---|---|---|---|
| 100 | 000002<br>000007<br>000014<br>000020<br>000022 | 000004<br>000008<br>000015<br><br>000026 | Affidavit of J. Chafin and selected documents produced by J. Chafin in response to subpoena from Baylor University | | |
| 101 | DL000068 | DL000068 | D. Lozano's Resume | | |
| 102 | DL000765 | DL000765 | D. Lozano Gmail - Chat Message with D. Chafin and Photograph | | |
| 103 | DL000758 | | D. Lozano's audio recording of phone call with L. Harris Williams | | |
| 104 | 2:13-20<br>3:14-24<br>6:19-21<br>8:21 (From "For me…") - 9:3 | | Transcript of audio recording at DL000758 | | |
| 105 | DL-Babcock 13 | | "Timeline for Baylor v Lozano" | | |
| 106 | Produced via email on June 2, 2021 | | Dr. Jeff Temple Curriculum Vitae | | |
| 107 | Produced via email on June 2, 2021 | | Expert Report of Dr. Jeff Temple and Appendix A | | |
| 108 | Produced via Dropbox on June 4, 2021 | | Audio Recording of Dr. Jeff Temple's interview with D. Lozano | | |

### B. Exhibits Baylor University May Offer If the Need Arises

Baylor University identifies the following exhibits without conceding that they are admissible and without waiving any right to contest the admissibility of these, or similar documents, at trial.

Baylor University reserves the right to use additional exhibits for rebuttal testimony and to supplement this exhibit list, if necessary, based upon Plaintiff's pretrial disclosures. The University further reserves the right to use any exhibits on Plaintiff's Exhibit List.

| **Exhibit No.** | **Beg. Bates No.** | **End Bates No.** | **Description** | **Offered** | **Admitted** |
|---|---|---|---|---|---|
| 109 | BU_Lozano_0011681 | BU_Lozano_0011689 | Baylor University Campus Living & Learning Summer Institute 2010 | | |
| 110 | BU_Lozano_0011742 | | 2010-2011 "Report It!" Folder | | |
| 111 | BU_Lozano_0003579 | BU_Lozano_0003600 | Student Code of Conduct 2011-12 | | |
| 112 | BU_Lozano_0011743 | | 2011-2012 "Report It!" Folder | | |
| 113 | BU_Lozano_0001165 | | When Love Hurts program flyer | | |
| 114 | PH_0225844 | | 2011-2012 Sexual Assault Chart | | |
| 115 | PH_0334418 | | Summer Training "The Realities of Sexual Assault" for Residence Hall Directors | | |
| 116 | BU_Lozano_0011744 | | 2012-2013 "Report It!" Folder | | |
| 117 | BU_Lozano_0001259 | BU_Lozano_0001259 | Campus Living and Learning Training 2012 Schedule | | |
| 118 | PH_0310654 | PH_0310660 | CL&L Leadership Training on Baylor Community Expectations, August 9, 2012 | | |
| 119 | BU_Lozano_0003601 | BU_Lozano_0003628 | Student Code of Conduct 2012-13 | | |

| | | | | | |
|---|---|---|---|---|---|
| 120 | BU_Lozano_0001365 | BU_Lozano_0001366 | CL Spring [Re]Training 2013 Schedule (January 2013) | | |
| 121 | PH_0277637 | | 2012-2013 Sexual Assault Chart | | |
| 122 | BU_Lozano_0001158 | BU_Lozano_0001162 | 2011 CL&L Training Schedule for CLs | | |
| 123 | PH-0279206-279209 | | 2013-2014 Sexual Assault Chart | | |
| 124 | BU_Lozano_0001685 | BU_Lozano_0001685 | 2012-13 Judicial Affairs Annual Statistics | | |
| 125 | PH_0272755 | | Sexual Harassment & Assault Chart 2012-2013 | | |
| 126 | PH_0246757-765 | | Sexual Harassment & Assault Chart 2013-2014 | | |
| 127 | BU_Lozano_0002491 | BU_Lozano_0002492 | Sexual Assault Response Guide | | |
| 128 | 000001<br><br>000110 | 000057 (Cell)<br><br>000127 (SMS) | AT&T Custodian of Records Affidavit<br>AT&T Key and Cell Phone Records and SMS Records for L. Lozano | | |
| 129 | CITY 000644 | CITY 000645 | Waco PD Dashcam Footage | | |

| 130 | CITY 000646 | CITY 000647 | Waco PD Detailed History for Police Sequence | | |
|---|---|---|---|---|---|
| 131 | | | Dolores Lozano's Responses and Objections to Baylor University's First Interrogatories | | |
| 132 | | | Dolores Lozano's Responses and Objections to Baylor Univerisity's Second Interrogatories | | |
| 133 | | | Dolores Lozano's Responses and Objections to Baylor University's Third Interrogatories and First Request for Admissions | | |
| 134 | | | Dolores Lozano's Responses and Objections to A. Briles's First Interrogatories | | |
| 135 | | | Dolores Lozano's Amended Responses and Objections to A. Briles's First Interrogatories | | |
| 136 | | | Dolores Lozano's Responses and Objections to I. McCaw's First Interrogatories | | |
| 137 | | | Dolore Lozano's Amended Responses and Objections to I. McCaw's First Interrogatories | | |
| 138 | | | Dolores Lozano's Amended Responses and Objections to Baylor University's Second Interrogatories | | |

| 139 | | | Expert Report and Appendix of Dr. Julia Babcock | | |

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Lisa A. Brown
Lisa A. Brown
State Bar of Texas No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
lbrown@thompsonhorton.com
(713) 554-6741 (telephone)

Holly G. McIntush
State Bar of Texas No. 24065721
8300 N. MoPac Expwy, Suite 220
Austin, Texas 78759
(512) 615-2350 (telephone)
(512) 682-8860 (fax)
hmcintush@thompsonhorton.com

Adam Rothey
State Bar of Texas No. 24051274
Leila H. Gary
State Bar of Texas No. 24058790
500 N. Akard Street, Suite 3150
Dallas, Texas 75201
(972) 441-4527 (telephone)
arothey@thompsonhorton.com
lgary@thompsonhorton.com

**WEISBART SPRINGER HAYES LLP**

Julie A. Springer
State Bar No. 18966770
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax
jspringer@wshllp.com

COUNSEL FOR DEFENDANT
BAYLOR UNIVERSITY

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing pleading was served upon opposing counsel on September 15, 2023, via the Court's ECF/CMF electronic filing and service system as follows:

Sheila Haddock  
Alexander Zalkin  
Irwin Zalkin  
The Zalkin Law Firm, P.C.  
10590 W. Ocean Air Drive, Suite 125  
San Diego, California 92130  
(858) 259-3011 (Tel.)  
(858) 259-2015 (Fax)  
sheila@zalkin.com  
alex@zalkin.com  
irwin@zalkin.com  

Tom Nesbitt  
Scott DeShazo  
DeShazo & Nesbitt, LLP  
809 West Avenue  
Austin, Texas 78701  
(512) 617-5560 (Tel.)  
(512) 617-5563 (Fax)  
tnesbitt@dnaustin.com  
sdeshazo@dnaustin.com  
lgoodson@dnaustin.com  

Thomas P. Brandt  
Stephen D. Henninger  
Fanning, Harper, Martinson, Brandt  
  & Kutchin, P.C.  
Two Energy Square  
4849 Greenville Ave., Ste. 1300  
Dallas, Texas 75206  
(214) 369-1300 (Tel.)  
(214) 987-9649 (Fax)  
tbrandt@fhmbk.com  
shenninger@fhmbk.com  

Ernest Cannon  
P.O. Box 1193  
Stephenville, Texas 76401  
(254) 918-1006  
Ernestcannon1@yahoo.com  

Darrell L. Barger  
David W. Green  
Hartline Barger LLP  
1980 Post Oak Blvd., Suite 1800  
Houston, Texas 77056  
(713) 759-1990 (Tel.)  
(713) 652-2419 (Fax)  
dbarger@hartlinebarger.com  
dgreen@hartlinebarger.com  

Colin L. Powell  
Hartline Barger LLP  
8750 North Central Expressway, Suite 1600  
Dallas, Texas 75231  
(214) 369-2100 (Tel.)  
(214) 369-2118 (Fax)  
cpowell@hartlinebarger.com  

                          */s/ Lisa Brown*  
                          Lisa A. Brown