# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO,<br>    Plaintiff,<br><br>v.<br><br>BAYLOR UNIVERSITY; ART BRILES;<br>IAN MCCAW,<br>    Defendants. | § § § § § § § § | Civil Action No. 6:16-CV-00403-RP |

## DEFENDANT BAYLOR UNIVERSITY'S
## DEPOSITION DESIGNATIONS FOR TRIAL

Pursuant to Local Rule CV-16(f)(6), Defendant Baylor University submits the following designations of deposition testimony by witness that may be presented during trial. Baylor University reserves the right to use any and all deposition transcripts for the purpose of impeachment, rehabilitation, refreshment of recollection, unavailability, or any other purpose permitted by the Federal Rules of Civil Procedure. Baylor University also reserves the right to object to and counter-designate deposition testimony in response to any deposition testimony designated or used by any other party.

| Devin Deon Chafin<br>Taken on April 29, 2021 ||
|---|---|
| **Begin**<br>**(Page:Line)** | **End**<br>**(Page:Line)** |
| 9:17 | 10:2 |
| 10:10 | 10:11 |
| 10:13 | 10:16 |
| 12:16 | 13:5 |
| 13:15 | 13:25 |
| 14:3 | 14:4 |
| 14:6 | 14:6 |
| 14:8 | 14:19 |
| 14:23 | 15:3 |
| 15:25 | 16:16 |

| **Devin Deon Chafin** \newline Taken on April 29, 2021 |
|:---:|:---:|
| **Begin** (Page:Line) | **End** (Page:Line) |
| 16:23 | 17:3 |
| 17:10 | 17:12 |
| 17:23 | 19:22 |
| 20:2 | 20:5 |
| 20:9 | 20:16 |
| 20:18 | 21:19 |
| 21:21 | 23:22 |
| 23:24 | 24:24 |
| 30:12 | 30:20 |
| 31:2 | 31:4 |
| 31:7 | 34:4 |
| 34:24 | 35:1 |
| 35:23 | 36:13 |
| 39:3 (beginning with "Were there") | 42:18 |
| 43:10 (beginning with "what was your football schedule" | 43:25 |
| 44:1 | 44:3 |
| 44:5 | 48:15 |
| 48:17 | 50:15 |
| 52:21 | 53:20 |
| 54:10 | 58:7 |
| 59:13 | 60:8 |
| 60:16 | 61:7 |
| 61:11 | 66:22 |
| 66:24 | 69:2 |
| 69:5 | 69:18 |
| 70:10 | 70:12 |
| 70:16 | 72:8 |
| 72:15 | 74:14 |
| 74:16 | 75:8 |
| 76:6 | 77:19 |
| 78:2 | 78:5 |
| 78:9 | 78:24 |
| 80:9 | 81:15 |
| 82:4 (starting with So, after Dolores") | 83:21 |
| 83:24 | 84:23 |

| Devin Deon Chafin<br>Taken on April 29, 2021 ||
|:---:|:---:|
| **Begin**<br>**(Page:Line)** | **End**<br>**(Page:Line)** |
| 85:1 | 85:4 |
| 86:7 | 86:23 |
| 87:10 | 87:24 |
| 88:2 | 89:12 |
| 100:12 | 101:16 |
| 103:20 | 105:23 |
| 108:16 | 108:19 |
| 109:16 | 110:9 |
| 110:13 | 112:16 |
| 113:14 | 116:21 (incl. errata) |
| 121:3 | 121:25 |
| 122:3 | 124:3 |
| 132:9 | 132:16 |
| 133:4 | 136:8 |
| 136:20 | 137:18 |
| 139:20 | 140:22 |
| 145:4 | 145:10 |
| 147:1 | 150:13 |
| 178:22 | 180:13 |
| 184:21 | 185:13 |
| 193:6 | 193:11 |
| 217:10 | 219:1 (incl. errata) |
| 219:19 | 220:19 (incl. errata) |
| 220:22 | 221:16 |

| James Cary Gray<br>Taken on February 10, 2020 ||
|:---:|:---:|
| **Begin**<br>**(Page:Line)** | **End**<br>**(Page:Line)** |
| 6:7 | 6:18 |
| 7:22 | 8:7 |
| 8:15 | 9:2 |
| 13:14 | 14:1 |
| 18:5 | 18:11 |
| 270:17 | 271:2 |

| Brent Howell, Baylor PD<br>Taken September 9, 2021 ||
|---|---|
| **Begin**<br>**(Page:Line)** | **End**<br>**(Page:Line)** |
| 8:5 | 8:14 |
| 11:12 | 12:14 |
| 13:11 | 14:24 |
| 20:7 | 21:3 |
| 21:4 | 21:19 |
| 24:9 | 25:20 |
| 27:5 | 28:3 |
| 36:6 | 36:22 |

| Odell James<br>Taken September 29, 2021 ||
|---|---|
| **Begin**<br>**(Page:Line)** | **End**<br>**(Page:Line)** |
| 13:16 | 14:24 |
| 22:21 | 24:2 |
| 24:6 | 24:15 |
| 67:7 | 67:21 |

| Jeff Lebby<br>Taken on September 22, 2021 ||
|---|---|
| **Begin**<br>**(Page:Line)** | **End**<br>**(Page:Line)** |
| 5:18 | 5:20 |
| 10:1 | 11:1 |
| 11:19 | 11:22 |
| 12:1 | 13:1 |
| 13:15 | 13:18 |
| 14:5 | 15:17 |
| 22:6 | 22:8 |
| 22:19 | 23:8 |
| 23:12 | 23:14 |
| 24:10 | 24:13 |
| 24:17 | 24:17 |
| 24:19 | 24:23 |

| Jeff Lebby  Taken on September 22, 2021 ||
|---|---|
| **Begin (Page:Line)** | **End (Page:Line)** |
| 31:19 | 32:8 |
| 33:3 | 33:6 |
| 33:24 | 34:1 |
| 34:4 | 34:4 |
| 45:16 | 46:15 |
| 46:21 | 47:14 |
| 47:25 | 48:7 |
| 48:12 | 49:4 |
| 49:7 | 49:11 |
| 50:19 | 52:18 |
| 53:3 | 53:18 |
| 55:17 | 56:15 |
| 58:7 | 58:23 |
|  |  |
| 63:22 | 64:4 |
| 72:13 | 72:22 |

| Lillian Lozano  Taken April 30, 2021 ||
|---|---|
| **Begin (Page:Line)** | **End (Page:Line)** |
| 8:5 | 8:14 |
| 9:1 | 9:4 |
| 13:2 | 14:10 |
| 33:2 | 33:8 |
| 33:10 | 33:19 |
| 36:18 | 37:17 |
| 38:11 | 38:21 |
| 40:1 | 40:4 |
| 40:6 | 40:21 |
| 40:23 | 40:25 |
| 41:6 | 42:13 |
| 42:15 | 42:19 |
| 42:21 | 43:2 |
| 43:8 | 44:18 |
| 44:20 | 44:25 |
| 45:15 | 46:20 |

| Lillian Lozano<br>Taken April 30, 2021 ||
| :---: | :---: |
| **Begin**<br>**(Page:Line)** | **End**<br>**(Page:Line)** |
| 47:14 | 47:19 |
| 47:20 | 47:21 |
| 48:11 | 48:19 |
| 48:21 | 49:4 |
| 49:7 | 51:21 |
| 52:12 | 52:21 |
| 53:9 | 53:10 |
| 53:12 | 53:12 |
| 54:2 | 54:20 |
| 55:22 | 56:17 |
| 56:19 | 56:25 |
| 57:1 | 57:2 |
| 59:5 | 59:18 |
| 59:20 | 62:25 |
| 64:25 | 66:11 |
| 66:22 | 70:25 |
| 71:5 | 72:10 |
| 72:13 | 73:10 |
| 73:15 | 74:22 |
| 78:23 | 78:25 |
| 81:9 | 81:13 |
| 85:14 | 86:14 |
| 87:2 | 87:20 |
| 87:22 | 87:25 |
| 88:4 | 88:11 |
| 91:14 | 91:15 |
| 91:17 | 91:18 |
| 91:20 | 92:3 |
| 92:5 | 92:5 |
| 93:16 | 94:5 |
| 94:6 | 94:18 |
| 94:20 | 95:10 |
| 97:14 | 99:16 |
| 99:20 | 99:25 |
| 100:2 | 100:25 |
| 105:8 | 105:23 |
| 105:25 | 106:5 |

| Lillian Lozano<br>Taken April 30, 2021 ||
|---|---|
| **Begin**<br>**(Page:Line)** | **End**<br>**(Page:Line)** |
| 106:8 | 106:19 |
| 111:12 | 111:23 |
| 113:10 | 113:19 |
| 114:9 | 114:10 |
| 114:22 | 115:7 |
| 117:24 | 118:2 |
| 122:1 | 122:3 |
| 122:7 | 122:11 |
| 122:15 | 122:23 |
| 125:7 | 126:22 |
| 127:3 | 127:21 |
| 133:3 | 133:6 |
| 145:2 | 145:16 |
| 145:18 | 145:20 |
| 145:23 | 146:25 |
| 153:16 | 154:5 |

| Kurt Morsbach<br>Taken September 27, 2021 ||
|---|---|
| **Begin**<br>**(Page:Line)** | **End**<br>**(Page:Line)** |
| 9:2 | 9:12 |
| 11:17 | 12:16 |
| 22:2 | 22:8 |
| 30:4 | 30:14 |

| Collin Shillinglaw<br>Taken September 21, 2021 ||
|---|---|
| **Begin**<br>**(Page:Line)** | **End**<br>**(Page:Line)** |
| 8:13 | 8:18 |
| 22:10 | 25:22 |
| 27:21 | 27:24 |
| 28:15 | 29:2 |
| 32:16 | 32:24 |
| 35:14 (beginning with "From time to time") | 35:16 |
| 35:19 | 36:14 |

| Collin Shillinglaw<br>Taken September 21, 2021 ||
| --- | --- |
| Begin<br>(Page:Line) | End<br>(Page:Line) |
| 42:24 | 43:3 |
| 63:19 | 64:1 |
| 93:25 | 94:3 |
| 110:23 | 112:3 |
| 118:13 | 118:15 |
| 118:25 | 119:10 |
| 119:17 | 119:23 |
| 121:13 | 121:19 |
| 121:22 | 121:22 |
| 122:15 | 123:1 |
| 131:5 | 131:9 |

| Patrick Swanton<br>Taken September 24, 2021 ||
| --- | --- |
| Begin<br>(Page:Line) | End<br>(Page:Line) |
| 8:22 | 8:24 |
| 11:14 | 13:5 |
| 13:17 | 15:14 |
| 17:19 | 17:22 |
| 78:3 | 78:10 |
| 88:3 | 88:14 |
| 88:17 | 88:19 |
| 88:21 | 88:25 |
| 89:3 | 89:14 |
| 116:12 | 116:24 |
| 117:1 | 117:6 |
| 117:9 | 117:23 |
| 118:1 | 118:10 |
| 118:12 | 118:24 |

| Wes Yeary<br>Taken on September 7, 2021 ||
| --- | --- |
| Begin<br>(Page:Line) | End<br>(Page:Line) |
| 7:17 | 7:20 |
| 8:2 | 8:5 |
| 12:9 | 12:10 |

| Wes Yeary                                 ||
| Taken on September 7, 2021                ||
| Begin (Page:Line) | End (Page:Line)        |
|-------------------|------------------------|
| 13:18             | 16:13                  |
| 16:14             | 17:18                  |
| 17:19             | 18:22 (incl. errata)   |
| 19:9              | 20:17                  |
| 38:3              | 38:8                   |
| 38:21             | 39:16                  |
| 39:17             | 40:10                  |
| 40:11             | 40:20                  |
| 42:9              | 44:24                  |
| 45:10             | 46:4                   |
| 46:8              | 46:15                  |
| 46:19             | 46:22                  |
| 46:23             | 47:12                  |
| 47:18             | 48:6                   |
| 48:21             | 49:9                   |
| 50:2              | 51:2                   |
| 52:15             | 52:19                  |
| 74:13             | 75:19                  |
| 78:24             | 79:11                  |
| 83:19             | 83:24                  |
| 83:25             | 84:6                   |
| 84:14             | 84:18                  |
| 85:3              | 85:18                  |
| 85:20             | 88:10                  |
| 91:17             | 92:4                   |
| 92:20             | 93:10                  |
| 93:19             | 99:15 (incl. errata)   |

Respectfully submitted,

**THOMPSON & HORTON LLP**

By:    /s/ *Lisa A. Brown*
     Lisa A. Brown
     State Bar of Texas No. 03151470
     Phoenix Tower, Suite 2000
     3200 Southwest Freeway
     Houston, Texas 77027-7554
     lbrown@thompsonhorton.com
     (713) 554-6741 (telephone)

     Holly G. McIntush
     Texas Bar No. 24065721
     8300 N. MoPac Expwy, Suite 220
     Austin, Texas 78759
     (512) 615-2350 (telephone)
     (512) 682-8860 (fax)
     hmcintush@thompsonhorton.com

     K. Adam Rothey
     State Bar of Texas No. 24051274
     Leila H. Gary
     State Bar of Texas No. 24058790
     500 N. Akard Street, Suite 3150
     Dallas, Texas 75201
     (972) 441-4527 (telephone)
     arothey@thompsonhorton.com
     lgary@thompsonhorton.com

**WEISBART SPRINGER HAYES LLP**

     JULIE A. SPRINGER
     State Bar No. 18966770
     212 Lavaca Street, Suite 200
     Austin, Texas 78701
     512.652.5780
     512.682.2074 fax
     jspringer@wshllp.com

**COUNSEL FOR DEFENDANT BAYLOR UNIVERSITY**

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing pleading was served upon opposing counsel on September 15, 2023, via the Court's ECF/CMF electronic filing and service system as follows:

| | |
|---|---|
| Sheila Haddock<br>Alexander Zalkin<br>Irwin Zalkin<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Drive, Suite 125<br>San Diego, California 92130<br>(858) 259-3011 (Tel.)<br>(858) 259-2015 (Fax)<br>sheila@zalkin.com<br>alex@zalkin.com<br>irwin@zalkin.com | Tom Nesbitt<br>Scott DeShazo<br>Laura J. Goodson<br>DeShazo & Nesbitt, LLP<br>809 West Avenue<br>Austin, Texas 78701<br>(512) 617-5560 (Tel.)<br>(512) 617-5563 (Fax)<br>tnesbitt@dnaustin.com<br>sdeshazo@dnaustin.com<br>lgoodson@dnaustin.com |
| Thomas P. Brandt<br>Stephen D. Henninger<br>Fanning, Harper, Martinson, Brandt & Kutchin, P.C.<br>Two Energy Square<br>4849 Greenville Ave., Ste. 1300<br>Dallas, Texas 75206<br>(214) 369-1300 (Tel.)<br>(214) 987-9649 (Fax)<br>tbrandt@fhmbk.com<br>shenninger@fhmbk.com | Ernest Cannon<br>P.O. Box 1193<br>Stephenville, Texas 76401<br>(254) 918-1006<br>Ernestcannon1@yahoo.com |
| Darrell L. Barger<br>David W. Green<br>Hartline Barger LLP<br>1980 Post Oak Blvd., Suite 1800<br>Houston, Texas 77056<br>(713) 759-1990 (Tel.)<br>(713) 652-2419 (Fax)<br>dbarger@hartlinebarger.com<br>dgreen@hartlinebarger.com | Colin L. Powell<br>Hartline Barger LLP<br>8750 North Central Expressway, Suite 1600<br>Dallas, Texas 75231<br>(214) 369-2100 (Tel.)<br>(214) 369-2118 (Fax)<br>cpowell@hartlinebarger.com |

              */s/ Lisa A. Brown*
              Lisa A. Brown