# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

DOLORES LOZANO,                              §
                                             §
*Plaintiff*,                                 §
                                             §
v.                                           §
                                             §          Civil Action No. 6:16-CV-00403-RP
BAYLOR UNIVERSITY, ART BRILES, and           §
IAN MCCAW,                                   §
                                             §
*Defendants*.                                §

**BAYLOR UNIVERSITY'S ESTIMATE OF PROBABLE LENGTH OF TRIAL**

TO THE HONORABLE ROBERT PITMAN:

Pursuant to Local Rule 16(f)(10), Defendant Baylor University estimates that the jury trial of this case will take 10 days. This includes Plaintiff's case-in-chief, as well as presentation of testimony in Defendants' case. The overall number of hours of testimony, both live and video recorded, will be affected by the Court's evidentiary rulings, including its ruling on Baylor's motion in limine.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Lisa A. Brown
Lisa A. Brown
State Bar of Texas No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
lbrown@thompsonhorton.com
(713) 554-6741 (telephone)

Holly G. McIntush
State Bar of Texas No. 24065721
8300 N. MoPac Expwy, Suite 220
Austin, Texas 78759
(512) 615-2350 (telephone)
(512) 682-8860 (fax)
hmcintush@thompsonhorton.com

K. Adam Rothey
State Bar of Texas No. 24051274
Leila H. Gary
State Bar of Texas No. 24058790
500 N. Akard Street, Suite 3150
Dallas, Texas 75201
(972) 441-4527 (telephone)
arothey@thompsonhorton.com
lgary@thompsonhorton.com

**WEISBART SPRINGER HAYES LLP**

Julie A. Springer
State Bar No. 18966770
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

COUNSEL FOR DEFENDANT
BAYLOR UNIVERSITY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon opposing counsel on September 15, 2023, via the Court's ECF/CMF electronic filing and service system as follows:

| | |
|---|---|
| Sheila Haddock<br>Alexander Zalkin<br>Irwin Zalkin<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Drive, Suite 125<br>San Diego, California 92130<br>(858) 259-3011 (Tel.)<br>(858) 259-2015 (Fax)<br>sheila@zalkin.com<br>alex@zalkin.com<br>irwin@zalkin.com | Tom Nesbitt<br>Scott DeShazo<br>DeShazo & Nesbitt, LLP<br>809 West Avenue<br>Austin, Texas 78701<br>(512) 617-5560 (Tel.)<br>(512) 617-5563 (Fax)<br>tnesbitt@dnaustin.com<br>sdeshazo@dnaustin.com<br>lgoodson@dnaustin.com |
| Thomas P. Brandt<br>Stephen D. Henninger<br>Fanning, Harper, Martinson, Brandt<br>  & Kutchin, P.C.<br>Two Energy Square<br>4849 Greenville Ave., Ste. 1300<br>Dallas, Texas 75206<br>(214) 369-1300 (Tel.)<br>(214) 987-9649 (Fax)<br>tbrandt@fhmbk.com<br>shenninger@fhmbk.com | Ernest Cannon<br>P.O. Box 1193<br>Stephenville, Texas 76401<br>(254) 918-1006<br>Ernestcannon1@yahoo.com |
| Darrell L. Barger<br>David W. Green<br>Hartline Barger LLP<br>1980 Post Oak Blvd., Suite 1800<br>Houston, Texas 77056<br>(713) 759-1990 (Tel.)<br>(713) 652-2419 (Fax)<br>dbarger@hartlinebarger.com<br>dgreen@hartlinebarger.com | Colin L. Powell<br>Hartline Barger LLP<br>8750 North Central Expressway, Suite 1600<br>Dallas, Texas 75231<br>(214) 369-2100 (Tel.)<br>(214) 369-2118 (Fax)<br>cpowell@hartlinebarger.com |

/s/_____
Lisa A. Brown