UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO; <br><br> Plaintiff, <br><br> v. <br><br> BAYLOR UNIVERSITY, <br> ART BRILES, *in his individual capacity,* and <br> IAN McCAW, *in his individual capacity,* <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § Case No.: 6:16-cv-00403 <br><br> Hon. Robert Pitman |

### **PLAINTIFF DOLORES LOZANO'S NOTICE TO THE COURT**

TO THE HONORABLE JUDGE OF THE COURT:

On September 15, 2022, Plaintiff Dolores Lozano filed her Notice to the Court as directed by Pre-trial Order Dkt. 246 and in accordance with Local Rule CV-16 and Rule 16 of the Federal Rules of Civil Procedure. (Dkt.254) Plaintiff files this Notice to correct the inadvertent omission of one of Plaintiff's experts from Plaintiff Dolores Lozano's Trial Witness List. Plaintiff timely disclosed this expert witness on March 22, 2021 in compliance with Federal Rule of Civil Procedure 26(a)(2). (Dkt. 175). Plaintiff now files and serves an amended witness list adding this expert witness as No. 30. The amended list is attached here.

Amended Exhibit 5.   The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom the party may call if the need arises.

Dated:  September 21, 2023                              Respectfully submitted,

/s/ Sheila P. Haddock
Sheila P. Haddock
Attorney-in-charge
Texas State Bar No. 00790810
Sheila@zalkin.com
Alexander S. Zalkin (*pro hac vice*)
alex@zalkin.com
Irwin M. Zalkin (*pro hac vice*)
irwin@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W Ocean Air Drive, Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

Zeke O. Fortenberry
Texas State Bar No. 24061361
zeke@fortenberryfirm.com
Fortenberry Firm PLLC
18333 Preston Rd, Suite 375
Dallas, TX 75252
Telephone: (469)626-7373
Facsimile: (469)716-4190

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 21, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

/s/ Sheila P. Haddock
Sheila P. Haddock
Attorney-in-charge
Texas State Bar No. 00790810
Sheila@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W Ocean Air Drive, Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015