# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO; § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BAYLOR UNIVERSITY, § <br> ART BRILES, *in his individual capacity,* § <br> *and* § <br> IAN McCAW, *in his individual capacity,* § <br> § <br> Defendants. § | Case No.: 6:16-CV-00403 <br><br> Hon. Robert Pitman |

## PLAINTIFF DOLORES LOZANO'S
## AMENDED TRIAL WITNESS LIST

Plaintiff Dolores Lozano submits this Trial Witness List of those individuals anticipated to testify at the time of trial, such testimony to be live testimony, video deposition, deposition transcript, and/or deposition by written questions. Plaintiff specifically reserves the right to supplement this list with any witnesses who may be called to testify at trial for purposes of impeachment or rebuttal. Plaintiff reserves the right to examine and cross-examine any witness called to testify at trial (whether through live testimony, deposition testimony, video tape deposition testimony, and/or deposition by written questions) by Defendant Baylor University or Defendant Ian McCaw or Defendant Art Briles as included by timely listing and identification by Defendants in a Witness List.

## TRIAL WITNESS LIST

### I.

### WITNESSES EXPECTED TO TESTIFY LIVE AT TRIAL

1. **Dolores Lozano**
   c/o Sheila P. Haddock
   The Zalkin Law Firm, P.C.
   10590 W. Ocean Air Drive, Suite 125
   San Diego, CA 92130
   (858) 259-3011

2. **Lillian Lozano**
   c/o Sheila P. Haddock
   The Zalkin Law Firm, P.C.
   10590 W. Ocean Air Drive, Suite 125
   San Diego, CA 92130
   (858) 259-3011

3. **Julia C. Babcock, Ph.D., PLCC**
   4010 Blue Bonnet #202
   Houston, TX 77025

4. **Art Briles**
   c/o Darrell L. Barger
   Hartline Barger, LLP
   1980 Post Oak Boulevard, Suite 1800
   Houston, Texas 77056
   (713) 759-1990

5. **Ian McCaw**
   c/o Stephen D. Henninger
   Fanning Harper Martinson Brandt & Kutchin
   4849 Greenville Avenue, Suite 1300
   Dallas, Texas 75206
   (214) 369-1300

6. **LaPrise Williams**
   8556 Alford Point Drive
   Magnolia, Texas 77354
   (784) 491-4645

7. **Bethany McCraw**
   c/o Lisa Brown
   Thompson & Horton, LLP

   3200 Southwest Freeway, Suite 2000
   Houston, Texas 77027

8. **Ron Murff**
   c/o Lisa Brown
   Thompson & Horton, LLP
   3200 Southwest Freeway, Suite 2000
   Houston, Texas 77027

9. **Cary Gray**
   c/o Steve McConnico
   Scott Douglas & McConnico LLP
   303 Colorado Street, Suite 2400
   Austin Texas 78701
   (512) 495-6300

10. **Nancy Post**
    c/o Lisa Brown
    Thompson & Horton, LLP
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027

11. **Martha Lou Scott**
    c/o Lisa Brown
    Thompson & Horton, LLP
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027

12. **Brent Howell**
    264 Southern Breeze Road
    Lorena, Texas 76655
    (254) 749-7844

## II.

## WITNESSES EXPECTED TO TESTIFY LIVE OR BY VIDEO DEPOSITION

13. **Odell James**
    Employer Address:
    Eisenhower High School
    7922 Antoine Drive
    Houston, Texas 77088
    (469) 412-4554

14. **Colin Shillinglaw**
    10839 Cactus Trail

    Flint, Texas 757620
    (254) 644-2598

15. **Wes Yeary**
    22614 Westbrook Cinco Lane
    Katy, Texas 77450

16. **Mack Rhoades**
    c/o Lisa Brown
    Thompson & Horton, LLP
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027

17. **Terry Meals**
    1424 Hewitt Dr.
    Waco, TX 76712

18. **Kurt Morsbach**
    c/o Charlie Olson
    Haley & Olson P.C.
    P.O. Box 21147
    Waco, Texas 76702
    (254) 776-3336

19. **Charles Connor**
    c/o Charlie Olson
    Haley & Olson P.C.
    P.O. Box 21147
    Waco, Texas 76702
    (254) 776-3336

20. **Patrick Swanton**
    c/o Charlie Olson
    Haley & Olson P.C.
    P.O. Box 21147
    Waco, Texas 76702
    (254) 776-3336

21. **Aaron Whelchel**
    c/o Charlie Olson
    Haley & Olson P.C.
    P.O. Box 21147
    Waco, Texas 76702
    (254) 776-3336

**III.**

## WITNESSES EXPECTED TO TESTIFY BY VIDEO DEPOSITION

22. **Devin Chafin**
    4208 Oakbrook Drive
    Oklahoma City, OK 73115

23. **Jeff Lebby**
    5389 Auburn Drive
    Norman, Oklahoma 73072
    (713)254-6684

## WITNESSES WHO MAY TESTIFY

24. **Paul Bradshaw**
    c/o Lisa Brown
    Thompson & Horton, LLP
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027

25. **Sarah Dorell Ritter**
    c/o Lisa Brown
    Thompson & Horton, LLP
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027

26. **Cheryl Wooten**
    c/o Lisa Brown
    Thompson & Horton, LLP
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027

27. **Kaz Kazadi**
    3448 Mount Vernon Way
    Plano, Texas 75025
    (254) 845-1355

28. **Kory Haywood**
    c/o Sheila P. Haddock
    The Zalkin Law Firm, P.C.
    10590 W. Ocean Air Drive, Suite 125
    San Diego, CA 92130
    (858) 259-3011

29. **Brett Dalton**
    c/o Lisa Brown
    Thompson & Horton, LLP
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027

30. **Thomas M. Roney**
    3333 Lee Parkway, Suite 600
    Dallas, Texas 75219
    (713) 513-7113

|  |  |
|---|---|
| Dated: September 21, 2023 | Respectfully submitted, |
|  | */s/ Sheila P. Haddock* |
|  | Sheila P. Haddock |
|  | Attorney- in- Charge |
|  | Texas State Bar No. 00790810 |
|  | sheila@zalkin.com |
|  | Irwin M. Zalkin (Pro Hac Vice) |
|  | irwin@zalkin.com |
|  | THE ZALKIN LAW FIRM, P.C. |
|  | 10590 W. Ocean Air Dr., #125 |
|  | San Diego CA 92130 |
|  | Telephone: (858) 259-3011 |
|  | Facsimile: (858) 259-3015 |
|  |  |
|  | Zeke O. Fortenberry (Pro Hac Vice) |
|  | Texas State Bar No. 24061361 |
|  | zeke@fortenberryfirm.com |
|  | Fortenberry Firm PLLC |
|  | 18333 Preston Rd, Suite 375 |
|  | Dallas, TX 75252 |
|  | Telephone: (469)626-7373 |
|  | Facsimile: (469)716-4190 |
|  |  |
|  | ATTORNEYS FOR PLAINTIFF |