# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DOLORES LOZANO;                          §
                                         §
                                         §
          Plaintiff,                     §
                                         §
                                         §   Case No.: 6:16-cv-00403
                                         §
                                         §
v.                                       §
                                         §   Hon. Robert Pitman
                                         §
BAYLOR UNIVERSITY,                       §
ART BRILES, *in his individual capacity,* §
*and*                                    §
IAN McCAW, *in his individual capacity,* §
                                         §
                                         §
                                         §
                                         §
          Defendants.                    §
                                         §
                                         §
_____      §

## PLAINTIFF DOLORES LOZANO'S NOTICE TO THE COURT

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff Dolores Lozano files these documents as directed by Pre-trial Order Dkt. 246

and in accordance with Local Rule CV-16 and Rule 16 of the Federal Rules of Civil Procedure.

The documents contained within encompass as follows:

Exhibit 1.    A list disclosing any objections to the use under Rule 32 of deposition testimony
              designated by the other party.

    1-A    Plaintiff Dolores Lozano's Objections to Defendant Baylor University's
           Deposition Designations for Trial

    1-B    Plaintiff Dolores Lozano's Objections to Defendant Ian McCaw Designation of
           Deposition Testimony

    1-C    Plaintiff Dolores Lozano's Objections to Defendant Art Briles Deposition
           Designations.

Exhibit 2.    A list disclosing any objection, together with the grounds therefore, that may be

made to the admissibility of any exhibits. Objections not so disclosed, other than objections under Federal Rules of Evidence 402 and 403 shall be deemed waived unless excused by the court for good cause shown.

2-A Plaintiff Dolores Lozano's Objections to Defendant Baylor University's Trial Exhibits.

2-B Plaintiff Dolores Lozano's Objections to Defendant Ian McCaw's Exhibit List

2-C Plaintiff Dolores Lozano's Objections to Defendant Art Briles' List of Trial Exhibits

Exhibit 3. Responses to any motion in limine.

3.A Plaintiff Dolores Lozano's Response to Defendant Baylor University's Motion in Limine

3-B Plaintiff Dolores Lozano's Response to Defendant Ian McCaw's Motion in Limine

3-C Plaintiff Dolores Lozano's Response to Defendant Ian McCaw's Motion in Limine

Dated:  September 22, 2023    Respectfully submitted,

*/s/ Sheila P. Haddock*
Sheila P. Haddock
Attorney-in-charge
Texas State Bar No. 00790810
Sheila@zalkin.com
Irwin M. Zalkin (*pro hac vice*)
irwin@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W Ocean Air Drive, Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

Zeke O. Fortenberry (Pro Hac Vice)
Texas State Bar No. 24061361
zeke@fortenberryfirm.com
Fortenberry Firm PLLC

18333 Preston Rd, Suite 375
Dallas, TX 75252
Telephone: (469)626-7373
Facsimile: (469)716-4190

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

THE ZALKIN LAW FIRM, P.C.

*/s/ Sheila P. Haddock*
Sheila P. Haddock