# EXHIBIT 1-A BAYLOR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO; <br><br> Plaintiff, <br><br> v. <br><br> BAYLOR UNIVERSITY, <br> ART BRILES, *in his individual capacity,* *and* <br> IAN McCAW, *in his individual capacity,* <br><br> Defendants. | Case No.: 6:16-cv-00403 <br><br> Hon. Robert Pitman |

**PLAINTIFF DOLORES LOZANO'S OBJECTIONS TO DEFENDANT
BAYLOR UNIVERSITY'S DEPOSITION DESIGNATIONS FOR TRIAL**

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff serves these objections in response to the deposition testimony designated in Baylor University's Deposition Designations for Trial. Plaintiff asserts the objections identified below. Plaintiff's objections include contiguous testimony covered by the substance of the objections within the deposition testimony.

**OBJECTIONS**

**DEVIN DEON CHAFIN**

**Page: Line**

10:10-10:11         Relevance(401, 402, 403),

21:18-24:21         Relevance (401, 402, 403), Improper Character (404)

1

**DEVIN DEON CHAFIN (continued)**

**Page:Line**

| | |
|---|---|
| 31:2-42:18 | Relevance (401, 402, 403), Improper Character (404) |
| 50:12-15 | Relevance (401, 402, 403), Sexual History (412) |
| 54:19-55:23 | Hearsay (801, 802), Lack of Personal Knowledge (602) |
| 73:24-74:14 | Non-responsive, Lack of Personal Knowledge (602) |
| 80:22-81:15 | Non-responsive, Relevance (401, 402, 403) |
| 82:4-83:21 | Relevance (401, 402, 403) |
| 86:7-89:12 | Relevance (401, 402, 403), Lack of Personal Knowledge (602) |
| 101:19-101:16 | Relevance (401, 402, 403), Improper Character (404) |
| 109:16-21 | Relevance (401, 402, 403) |
| 114:1-23 | Relevance (401, 402, 403) |
| 132:9-132:16 | Relevance (401, 402, 403) |

Plaintiff objects to the designations to the extent they incorporate a purported errata. The errata sheet received on June 3, 2021 is unsigned photocopy. See attached Exhibit A.

**LILLIAN LOZANO**

**Page:Line**

| | |
|---|---|
| 37:18-37:17 | Relevance (401, 402, 403) |
| 38:11-38:21 | Relevance (401, 402, 403) |
| 40:23-40:25 | Relevance (401, 402, 403), Improper Character (404) |
| 40:6-40:21 | Relevance (401, 402, 403), Improper Character (404) |
| 40:23-40:25 | Relevance (401, 402, 403), Improper Character (404) |
| 41:6-42:13 | Relevance (401, 402, 403), Improper Character (404) |
| 42:15-42:19 | Relevance (401, 402, 403), Improper Character (404) |
| 42:21-43:2 | Relevance (401, 402, 403), Improper Character (404) |
| 43:8-44:18 | Relevance (401, 402, 403), Improper Character (404) |
| 44:20-44:25 | Relevance (401, 402, 403), Improper Character (404) |
| 54:2-20 | Hearsay (801, 802) |

| | |
|---|---|
| 55:22-56:8 | Hearsay (801, 802) |
| 87:22-25 | Hearsay (801, 802) |
| 93:22-94:2 | Hearsay (801, 802) |
| 94:6-94:18 | Hearsay (801, 802), Relevance (401, 402, 403), Improper Character (404) |
| 94:20-95:10 | Hearsay (801, 802), Relevance (401, 402, 403), Improper Character (404) |
| 97:14-99:16 | Hearsay (801, 802), Relevance (401, 402, 403), Improper Character (404) |
| 99:20-99:25 | Hearsay (801, 802), Relevance (401, 402, 403), Improper Character (404) |
| 100:2-100:25 | Hearsay (801, 802), Relevance (401, 402, 403), Improper Character (404) |
| 126:5-126:22 | Relevance (401, 402, 403) Improper expert testimony (702) |
| 127:3-10 | Relevance (401, 402, 403) Improper expert testimony (702) |
| 146:10-17 | Relevance (401, 402, 403) |

## **PATRICK SWANTON**

### **Page:Line**

| | |
|---|---|
| 78:3-78:10 | Non-Responsive, Lack of Personal Knowledge (602), Relevance (401, 402, 403) |
| 88:3-88:14 | Designation begins with an answer; Should begin with 87:25. |
| 88:12-24 | Refers to Exhibit 10 introduced earlier. See Plaintiff's designations for completeness. |

## **WES YEARY**

### **Page:Line**

| | |
|---|---|
| 12:9-10 | Relevance (401, 402, 403) |
| 74:13-19 | Hearsay (801, 802), Relevance (401, 402, 403), Lack of Personal Knowledge (602), Ms. Willams has a confidential settlement agreement with Baylor. |
| 83:19-24 | Hearsay (801,802,803) |
| 83:25-84:6 | Hearsay (801,802,803) |
| 84:14-18 | Hearsay (801,802,803) |

Dated:  September 22, 2023					Respectfully submitted,


							/s/ Sheila P. Haddock
							Sheila P. Haddock
							Attorney-in-charge
							Texas State Bar No. 00790810
							Sheila@zalkin.com
							Irwin M. Zalkin (*pro hac vice*)
							irwin@zalkin.com
							THE ZALKIN LAW FIRM, P.C.
							10590 W Ocean Air Drive, Ste. 125
							San Diego CA  92130
							Telephone: (858) 259-3011
							Facsimile: (858) 259-3015

							Zeke O. Fortenberry
							Texas State Bar No. 24061361
							zeke@fortenberryfirm.com
							Fortenberry Firm PLLC
							18333 Preston Rd, Suite 375
							Dallas, TX 75252
							Telephone: (469)626-7373
							Facsimile: (469)716-4190


**CERTIFICATE OF SERVICE**


	I hereby certify that on September 22, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.


							/s/ Sheila P. Haddock
							Sheila P. Haddock
							Attorney-in-charge
							Texas State Bar No. 00790810
							Sheila@zalkin.com
							THE ZALKIN LAW FIRM, P.C.
							10590 W Ocean Air Drive, Ste. 125
							San Diego CA  92130
							Telephone: (858) 259-3011
							Facsimile: (858) 259-3015

| | |
|---|---|
| From: | **TranscriptsTX** transcriptstx@lexitaslegal.com |
| Subject: | ERRATA PAGES of Devin Chafin; 4/29/2021; Dolores Lozano V. Baylor University; Art Briles, et al |
| Date: | June 3, 2021 at 8:45 AM |
| To: | lgary@thompsonhorton.com, lbrown@thompsonhorton.com, hmcintush@thompsonhorton.com, ehumphrey@thompsonhorton.com, lprice@thompsonhorton.com, lwhiting@thompsonhorton.com |
| Cc: | sheila@zalkin.com, jessica@zalkin.com, devon@zalkin.com, lisam@zalkin.com, dbarger@hartlinebarger.com, ernestcannon1@yahoo.com, asimpson@hartlinebarger.com, rketner@hartlinebarger.com, rsimpson@hartlinebarger.com, TStempelmann@hartlinebarger.com, colson@haleyolson.com, mdixon@haleyolson.com, shenninger@fhmk.com, tbrandt@fhmbk.com, sheila@zalkin.com |

Counsel,
Our office does not file errata pages for non-Texas state cases.  However, we received the attached changes & signature / errata pages for the above-referenced deposition & are routing these pages to you, the custodial attorney.

**Thank you,**

**Ref: a062K00001zQKmvQAG**

**Client Support**
**-----------------------------------------**

**281-469-5580 / Main**
**888-893-3767 / Reporting**
**800-497-7618 / Records**



**We can support your next remote proceeding. Learn more about LegalView.**





PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.

📄 PDF
Chafin, Devin - 78801...gs.pdf

Page 1

3 | Attorney: Mary Beth Scott    Date: 04/29/21
  | OA: Leila Gary

4 | Case Style: Dolores Lozano -vs- Baylor University, et al.

5 |

6 | Page Line  Correction    Reason for Correction
  | Page 44, lines 5-6, mark Confidential
7 | Page 105, lines 11-12, mark Confidential
8 | Page 116, line 21, "No."
9 | Page 198, line 19, Add - "but that wasn't
10 | until I was being dismissed in 2016 that
11 | Coach Leb and I talked about it, after
12 | the ESPN article had come out and he
13 | had read it. It was like in hindsight if
14 | I had just let her hit me we wouldn't
15 | be here."
16 | Page 199, line 5, "No, I was dismissed
17 | at that point and didn't go back to the
18 | team."
19 | Page 216, line 21, "No, we both responded to it."
20 | Page 217, lines 15-17, "I did reapply and did
21 | 40 hours of Community Service in Oklahoma
22 | City for Judicial Affairs."
23 |
24 |
25 |

Devin Deon Chafin   Page 2   Pages 226

```
 1                    Correction Sheet
 2  Witness:DEVIN DEON CHAFIN        Reporter:  DB
    Attorney:Mary Beth Scott         Date: 04/29/21
 3  OA: Leila Gary

 4  Case Style: Dolores Lozano -vs- Baylor University, et
                al.
 5
    Page Line  Correction   Reason for Correction
 6
```

7  Page 219, line 22, "Yes, I signed something."
8  Page 220, line 21, "Completed in 2-week
9  Sessions from June 2020 to August 2020,
10 while staying home full time with our
11 5 month old son during Covid."
12 Page 221, line 7, "I graduated August
13 15, 2020 with a Bachelor of Science in
14 Education."
15 Page 222, line 1, "I didn't speak with
16 anyone except Mack and Bethany in
17 Judicial Affairs about my outstanding
18 community service hours to remove
19 my registration hold."

# EXHIBIT 1-B McCAW

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO;<br><br>Plaintiff,<br><br>v.<br><br>BAYLOR UNIVERSITY,<br>ART BRILES, *in his individual capacity,*<br>*and*<br>IAN McCAW, *in his individual capacity,*<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§§ | Case No.: 6:16-cv-00403<br><br>Hon. Robert Pitman |

**PLAINTIFF DOLORES LOZANO'S OBJECTIONS TO DEFENDANT
IAN MC CAW'S DESIGNATION OF DEPOSITION TESTIMONY**

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff serves these objections in response to the deposition testimony designated in Ian McCaw's Designation of Deposition Testimony. Plaintiff asserts the objections identified below. Plaintiff's objections include contiguous testimony covered by the substance of the objections within the deposition testimony.

**OBJECTIONS**

**DEVIN CHAFIN**

82:3-24           Relevance (401, 402, 403)

85:8-86-6        Relevance (401, 402, 403)

1

**RON MURFF**

| | |
|---|---|
| 208:14-212;:23 | Hearsay (801. 802) Lack of Personal Knowledge (602, Relevance (401, 402, 403). |

Dated:  September 22, 2023                                     Respectfully submitted,

/s/ Sheila P. Haddock
Sheila P. Haddock
Attorney-in-charge
Texas State Bar No. 00790810
Sheila@zalkin.com
Irwin M. Zalkin (*pro hac vice*)
irwin@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W Ocean Air Drive, Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

Zeke O. Fortenberry
Texas State Bar No. 24061361
zeke@fortenberryfirm.com
Fortenberry Firm PLLC
18333 Preston Rd, Suite 375
Dallas, TX 75252
Telephone: (469)626-7373
Facsimile: (469)716-4190

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

/s/ Sheila P. Haddock
Sheila P. Haddock
Attorney-in-charge
Texas State Bar No. 00790810
Sheila@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W Ocean Air Drive, Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

# EXHIBIT 1-C BRILES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO; <br><br> Plaintiff, <br><br> v. <br><br> BAYLOR UNIVERSITY, <br> ART BRILES, *in his individual capacity,* *and* <br> IAN McCAW, *in his individual capacity,* <br><br> Defendants. | Case No.: 6:16-cv-00403 <br><br> Hon. Robert Pitman |

**PLAINTIFF DOLORES LOZANO'S OBJECTIONS TO DEFENDANT ART BRILES' DEPOSITION DESIGNATIONS**

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff serves these objections in response to the deposition testimony designated in Art Briles' Deposition Designations. Plaintiff asserts the objections identified below. Plaintiff's objections include contiguous testimony covered by the substance of the objections within the deposition testimony.

**OBJECTIONS**

**WES YEARY**

| | |
|---|---|
| 9/9-10/5 | Relevance (401, 402, 403) |
| 10/17-11/10 | Relevance (401, 402, 403) |
| 28/22-29/14 | Incomplete. Designation stops in the middle of answer. |
| 29/25-30/8 | Incomplete. Designation starts and stops in the middle of answer |

1

**DEVIN DEON CHAFIN**

| | |
|---|---|
| 21:18-27-5 | Relevance (401, 402, 403), Improper Character (404) |
| 29:16-31:5 | Relevance (401, 402, 403), Improper Character (404), Impeachment (609) |
| 31:7-42-18 | Relevance (401, 402, 403), Improper Character (404) |
| 50:12-51:22 | Relevance (401, 402, 403), Sexual History (412) |
| 54:19-55:23 | Hearsay (801, 802), Lack of Personal Knowledge (602) |
| 73:24-74:14 | Non-responsive. |
| 81:22-83:21 | Relevance (401, 402, 403) |
| 87:10-89:12 | Relevance (401, 402, 403), Lack of Personal Knowledge (602) |
| 93:20-93:23 | Relevance (401, 402, 403), Sexual History (412) |
| 95:19-21 | Relevance (401, 402, 403), Lack of Personal Knowledge (602) |
| 97:1-97:21 | Relevance (401, 402, 403) |
| 100:19-101:11 | Relevance (401, 402, 403), Lack of Personal Knowledge (602) |
| 109:16-21 | Relevance (401, 402, 403) |
| 114:1-23 | Relevance (401, 402, 403) |
| 132:9-16 | Relevance (401, 402, 403) |

**JEFF LEBBY**

| | |
|---|---|
| 10:23 | Incomplete. Designation ends in the middle of a question |

Dated: September 22, 2023                           Respectfully submitted,

>*/s/ Sheila P. Haddock*
>Sheila P. Haddock
>Attorney-in-charge
>Texas State Bar No. 00790810
>Sheila@zalkin.com
>Irwin M. Zalkin (*pro hac vice*)
>irwin@zalkin.com
>THE ZALKIN LAW FIRM, P.C.
>10590 W Ocean Air Drive, Ste. 125
>San Diego CA  92130

2

Telephone: (858) 259-3011
Facsimile: (858) 259-3015

Zeke O. Fortenberry
Texas State Bar No. 24061361
zeke@fortenberryfirm.com
Fortenberry Firm PLLC
18333 Preston Rd, Suite 375
Dallas, TX 75252
Telephone: (469)626-7373
Facsimile: (469)716-4190

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

*/s/ Sheila P. Haddock*
Sheila P. Haddock
Attorney-in-charge
Texas State Bar No. 00790810
Sheila@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W Ocean Air Drive, Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

3