EXHIBIT 2-A BAYLOR

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| DOLORES LOZANO; | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No.: 6:16-cv-00403 |
| | § | |
| v. | § | |
| | § | Hon. Robert Pitman |
| BAYLOR UNIVERSITY, | § | |
| ART BRILES, *in his individual capacity,* | § | |
| *and* | § | |
| IAN McCAW, *in his individual capacity,* | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |
| _____ | § | |

**PLAINTIFF DOLORES LOZANO'S OBJECTIONS TO**
**DEFENDANT BAYLOR UNIVERSITY'S TRIAL EXHIBITS**

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff serves these objections in response to the exhibits identified in Defendant Baylor

University's Trial Exhibits (Dkt. 255-4). In addition to objections raised in her Motion in Limine

(Dkt. 254-8 ) Plaintiff asserts the objections identified below.

| No. | Description | Objections |
|---|---|---|
| 1 | BU-PP 028: Civil Rights Policy   (Rev. January 15, 2007) | |
| 2 | 2010 Baylor University – Student Policies & Procedures: Policy on Civil Rights | |
| 3 | 2010-2013 Baylor University Student Policies & Procedures: Policy on Sexual Harassment | |

1

| No. | Description | Objections |
|---|---|---|
| 4 | Campus Life Mid-Year Report (July 30, 2010) | Hearsay (801, 802); Relevance (401, 402, 403) |
| 5 | 2010-11 Student Code of Conduct | |
| 6 | CL&L 2010 Fall Training Conference Schedule (August 11, 2010) | Hearsay (801, 802); Relevance (401, 402, 403) |
| 7 | Email thread between Martha Lou Scott and Baylor Administrators regarding "Report It!" Website going live and being accessible to students and parents | |
| 8 | BUPD Website Student Options Following Sexual Assault | Relevance (401, 402, 403) Undated (2012) but appears to have been printed 2010 |
| 9 | Baylor University Counseling Center Sexual Assault Response Team Protocol | Hearsay (801, 802); Relevance (401, 402, 403) undated |
| 10 | Baylor University Health Center After-Hours Protocol | Hearsay (801, 802); Relevance (401, 402, 403) undated |
| 11 | Campus Life Mid-Year Report Fall 2010 (December 17, 2010) | Hearsay (801, 802); Relevance (401, 402, 403) |
| 12 | The Baylor Lariat: A light in the dark: Bear sheds light on domestic violence at Take Back the Night, March 24, 2011 | Hearsay (801, 802); Relevance (401, 402, 403) |
| 13 | 2010-11 Judicial Affairs Annual Statistics | |
| 14 | 2010-11 Sexual Assault Work Team Report | |
| 15 | 2011-2012 Crisis Management Response Procedure Handbook | Relevance (401, 402, 403) |
| 16 | New Faculty Orientation presentation by Sinda Vanderpool, Kevin Jackson, Brandon Miller, Jim Marsh, and Burt Burleson that includes page (78) on the "Report It!" Website | Hearsay (801, 802); Relevance (401, 402, 403) |

| No. | Description | Objections |
|---|---|---|
| 17 | Baylor University Personnel Policies and Procedures – Department of Athletics (Rev. 9/14/2011) | |
| 18 | BUPD: Reporting a Crime Website – 9/22/2011 | |
| 19 | Email from M.L. Scott regarding "Breaking the Silence" program | Incomplete. References attachments not included |
| 20 | 2011-2012 Campus Security Report and Annual Student Life Notification Email to Current Students/Staff | |
| 21 | Baylor Division of Student Life Newsletter | |
| 22 | Email from S. Risinger to Baylor Administrators attaching Sexual Assault Reference Card | |
| 23 | BUPD Incident report no. Y-0895 involving D. Lozano and roommate | Relevance (401, 402, 403) |
| 24 | Email from B. McCraw to M. L. Scott and J. Whelan regarding use of "Know of Your Rights" with sexual assault victims | |
| 25 | 2011-12 Judicial Affairs Annual Statistics | |
| 26 | June 2012 Orientation session includes healthy vs. unhealthy relationships, bystander intervention, and sexual assault-risk-reduction strategies. | |
| 27 | B. McCraw email to J.Whelan regarding Title IX discussion during orientation. | |
| 28 | 2012 CL&L "Summer Institute" for RDs | Hearsay (801, 802); Relevance (401, 402, 403) |
| 29 | 2012-13 B. McCraw's Baylor Community Expectations Presentation at Athletics Orientation | |
| 30 | 2012-13 Athletics Handbook | |

| No. | Description | Objections |
|-----|-------------|------------|
| 31 | Email from Bethany McCraw regarding Sexual Assault Education Programs as of 8/30/2012 | |
| 32 | 2012-2013 Campus Security Report and Annual Student Life Notification Email to Current Students | |
| 33 | Oct 10, 2012 K. Kazadi Email to A. Briles and C. Shillinglaw | |
| 34 | Emails between D. Lozano and D. Murdock regarding cyberbullying | Relevance (401, 402, 403) |
| 35 | L. Lozano email to B. Stroman (Waco PD) regarding D. Lozano's "road rage" incident | Relevance (401, 402, 403); Hearsay (801, 802) |
| 36 | June 14, 2013 Memorandum from K. Starr to K. Jackson and C Beckenhauer establishing task force for Administrative Review of Sexual Violence Policies and Practices | |
| 37 | 2012-13 Wellness End of Year Report | |
| 38 | 2013-14 Student Athlete Handbook | |
| 39 | 2013-2014 "Report It!" Folder | |
| 40 | Letter to Students regarding "Step Up and Speak Out," "Report It!" and "Know Your Rights" | |
| 41 | 2013-14 Crisis Management Response Procedure Handbook | |
| 42 | August 5, 2013 Letter from C Wooten to residence hall directors | |
| 43 | 2013 Fall Campus Leader (CL) Training RHD Playbook | |
| 44 | Fall 2013 sexual assault case study for CL&L | |

| No. | Description | Objections |
|---|---|---|
| 45 | The Baylor Lariat: Baylor implements new sexual assault prevention campaign, September 6, 2013 | |
| 46 | 2013-2014 Campus Security Report and Annual Student Life Notification Email to Current Faculty/Staff | Incomplete. Does not include attachments referenced. |
| 47 | 2013 Baylor University Annual Fire Safety and Security Report | |
| 48 | November 8, 2013 Email Circulating Materials for Task Force Meeting | |
| 49 | Waco PD police report no. 13-23170 involving D. Lozano and roommate | Relevance (401, 402, 403); Hearsay (801, 802) |
| 50 | The Baylor Lariat: Sex, Violation, Power (Part 3 of 4), December 5, 2013 | |
| 51 | Email from I McCaw to N Post regarding Sexual Assault Awareness Video | |
| 52 | Email from K. Jackson to senior Baylor administrators circulating January 2014 White House Report on sexual violence | |
| 53 | Photographs of female person with metadata indicating date and time of photographs March 6, 2014, 11:06 PM March 7, 2014 11:45 AM March 10, 2014 2:18 PM | |
| 54 | Seven (7) color photographs of female person | |
| 55 | 2014 Judicial Affairs Sexual Harassment and Assault Website | |
| 56 | Email re DRAFT – Sexual Assault Reporting Flow Chart | |
| 57 | 2014 Updates to Judicial Affairs disciplinary procedures website | |

| No. | Description | Objections |
|---|---|---|
| 58 | Baylor University Health Services Clinic Notes for D. Lozano | |
| 59 | Baylor University Counseling Center Records for D. Lozano | |
| 60 | Text messages between L. Lozano and C. Shillinglaw | |
| 61 | Facebook Messages between D. Lozano and J. Hollingsworth | Hearsay (801,802); Relevance (401,402,403). |
| 62 | Email from M. L. Scott to S. Dorrell and B. McCraw regarding D. Lozano | |
| 63 | Baylor University Health Services – Hillcrest Imaging Center Radiology Report for D. Lozano | |
| 64 | Email from M. L. Scott to J. Doak regarding D. Lozano | |
| 65 | Student Conduct Administration Filed For Future Reference form regarding Devin Chafin | |
| 66 | Student Conduct Administration file copy of M. Scott emails to B. McCraw (April 10, 2014) regarding an altercation involving Lozano and Chafin | |
| 67 | Waco PD Incident Report No. 14-7098 | |
| 68 | Photographs D. Lozano provided to Waco PD | |
| 69 | Email chain between S. Dorrell, M. L. Scott and B. McCraw regarding D. Lozano | |
| 70 | S. Dorrell calendar entry for appointment with D. Lozano on 4/17/2014 | |
| 71 | S. Dorrell email to D. Lozano regarding missed 4/17/2014 appointment | |

| No. | Description | Objections |
|---|---|---|
| 72 | Business Card with handwritten contact information for B. McCraw | |
| 73 | S. Dorrell's case manager notes regarding D. Lozano | |
| 74 | Email thread between B. McCraw, S. Dorrell, and M. L. Scott regarding encouraging D. Lozano to make appointment with Judicial Affairs | |
| 75 | Email thread between B McCraw and S. Ritter regarding no contact from complainant w/ handwritten notes 6/5/2014 | |
| 76 | Email thread between B. McCraw and B. Howell regarding Waco PD needing to speak to D. Lozano with B. McCraw handwritten notes | |
| 77 | Email thread between B. McCraw and B. Howell with update on D. Lozano Police report | |
| 78 | Email thread between B. McCraw, S. Dorrell, and M. L. Scott regarding D. Lozano, with update on police report | |
| 79 | Email thread between D. Lozano and Professor D. Rainer regarding extra credit assignments and opportunity to improve grade in class | |
| 80 | Facebook Messages between D. Lozano and D. Chafin | Hearsay (801,802); Relevance (401,402,403). |
| 81 | Email thread between D. Lozano and Professor C. Caviness regarding grade adjustment and professor conversations with M. L. Scott | |
| 82 | D. Lozano's Official Baylor University Transcript | |
| 83 | Bethany McCraw email to Kimo Cummings/David Murdock regarding Dolores Lozano | |
| 84 | Facebook Messenger messages between D. Lozano and J. K. Chafin | Hearsay (801,802); Relevance (401,402,403). |

| No. | Description | Objections |
|-----|-------------|------------|
| 85 | Waco PD Incident Report regarding D. Lozano complaint about J. Kerr | Hearsay (801,802); Relevance (401,402,403). |
| 86 | Plaintiff's Original Petition, *Dolores Lozano and Johnny Joe Ramos, Jr. vs. Eolalio Grande and Jose Alexander Grande*, Cause No. 2015-34212, In the District Court of Harris County, Texas, 189th Judicial District | Hearsay (801,802); Relevance (401,402,403). |
| 87 | Text messages between D. Lozano and J. Lebby | H Hearsay (801,802); Relevance (401,402,403). |
| 88 | Email thread between D. Lozano and W. Yeary dated August 8-10, 2015 | Hearsay (801,802); Relevance (401,402,403). |
| 89 | D. Lozano's Cover Letter to K. Rudolph, Associate Director of Admissions Communications, Baylor University | Relevance (401,402,403). |
| 90 | D. Lozano's Cover Letter to J. Garrison, Associate Athletic Director for Marketing, Baylor University | Relevance (401,402,403). |
| 91 | Excerpt from BU Football vs. SMU Student-Athlete Guest List (September 4, 2015) | Hearsay (801,802); Relevance (401,402,403). |
| 92 | Facebook Messages from D. Lozano to D. Chafin dated November 1, 2015 | Hearsay (801,802); Relevance (401,402,403). |
| 93 | D. Lozano's Statement to Municipal Court | Relevance (401,402,403).Character evidence (404) |
| 94 | Plaintiff's Original Petition, *Dolores Lozano v. Metropolitan Transit Authority of Harris County, Texas*, Cause No. 2018- 77452, In the District Court of Harris County, Texas, 157th Judicial District | Hearsay (801,802); Relevance (401,402,403). |
| 95 | Oral Deposition of D. Lozano, *Dolores Lozano v. Metropolitan Transit Authority of Harris County*, Texas, Cause No. 2018- 77452, In the District Court of Harris County, Texas, 157th Judicial District | Hearsay (801,802); Relevance (401,402,403). |
| 96 | Affidavit of Custodian of Records and selection from documents produced by Nick Finnegan | Hearsay (801,802); Relevance (401,402,403). |

| No. | Description | Objections |
|---|---|---|
|  | Counseling Center in response to subpoena from Baylor University |  |
| 97 | Affidavit of Custodian of Records and selection from documents produced by Texas Children's Hospital<br>Records for D. Lozano | Relevance (401, 402, 403); Hearsay (801, 802) |
| 98 | Affidavit of Custodian of Records and QualCare health records for D.<br>Lozano | Relevance (401, 402, 403); Hearsay (801, 802) |
| 99 | AT&T Custodian of Records Affidavit AT&T Key and Cell Phone Records and SM Records for D. Lozano | Relevance (401, 402, 403); Hearsay (801, 802) |
| 100 | Affidavit of J. Chafin and selected documents produced by J. Chafin in response to subpoena from Baylor University | Relevance (401, 402, 403); Hearsay (801, 802) |
| 101 | D. Lozano's Resume |  |
| 102 | D. Lozano Gmail - Chat Message with D. Chafin<br>and Photograph | Relevance (401, 402, 403); Hearsay (801, 802) |
| 103 | D. Lozano's audio recording of phone call with L. Harris Williams | Relevance (401, 402, 403); Hearsay (801, 802) |
| 104 | Transcript of audio recording at DL000758 | Hearsay(801, 802) |
| 105 | "Timeline for Baylor v Lozano" | Attorney Client Privilege/Attorney Work Product; Hearsay (801, 802); Relevance (401,402,403) |
| 106 | Dr. Jeff Temple Curriculum Vitae | Hearsay |
| 107 | Expert Report of Dr. Jeff Temple and Appendix A | Hearsay (801, 802, 803); Relevance (401,402, 403) Confusing, misleading, gives undue weight to testimony, report exceeds expert's qualifications and invades the province of the jury |

| No. | Description | Objections |
|---|---|---|
| 108 | Audio Recording of Dr. Jeff Temple's interview with D. Lozano | Hearsay (801, 802) Relevance (401,402, 403) Highly prejudicial.Plaintiff subject to cross examination without attorney representation |
| 109 | Baylor University Campus Living & Learning Summer<br>Institute 2010 | Hearsay – relevance |
| 110 | 2010-2011 "Report It!" Folder | |
| 111 | Student Code of Conduct<br>2011-12 | |
| 112 | 2011-2012 "Report It!" Folder | |
| 113 | When Love Hurts program flyer | Hearsay (801, 802); Relevance (401, 402, 403).Undated |
| 114 | 2011-2012 Sexual Assault Chart | Not what it purports to be – "2012 report" illegible |
| 115 | Summer Training "The Realities of Sexual Assault" for Residence Hall Directors | |
| 116 | 2012-2013 "Report It!" Folder | |
| 117 | Campus Living and Learning Training 2012 Schedule | |
| 118 | CL&L Leadership Training on Baylor Community Expectations, August 9, 2012 | Not what it purports to be |
| 119 | Student Code of Conduct 2012-13 | |
| 120 | CL Spring [Re]Training 2013 Schedule (January 2013) | |
| 121 | 2012-2013 Sexual Assault Chart | |

| No. | Description | Objections |
|---|---|---|
| 122 | 2011 CL&L Training Schedule for CLs | |
| 123 | 2013-2014 Sexual Assault Chart | Not what it purports to be dates are 2012-2013 |
| 124 | 2012-13 Judicial Affairs Annual Statistics | |
| 125 | Sexual Harassment & Assault Chart 2012-2013 | |
| 126 | Sexual Harassment & Assault Chart 2013-2014 | |
| 127 | Sexual Assault Response Guide | |
| 128 | AT&T Custodian of Records Affidavit AT&T Key and Cell Phone Records and SMS Records for L. Lozano | Relevance (401, 402, 403); Hearsay (801, 802) |
| 129 | Waco PD Dashcam Footage | Relevance (401, 402, 403); Hearsay (801, 802)ce |
| 130 | Detailed History for Police Sequence | Relevance (401, 402, 403); Hearsay (801, 802) |
| 131 | Dolores Lozano's Responses and Objections to Baylor University's First Interrogatories | Relevance (401, 402, 403) Overbroad, Fails to identify specific documents upon which defendant intends to rely, Not admissible as exhibit as comment on weight of evidence |
| 132 | Dolores Lozano's Responses and Objections to Baylor Univerisity's Second Interrogatories | Relevance (401, 402, 403) Overbroad, Fails to identify specific documents upon which defendant intends to rely, Not admissible as exhibit as comment on weight of evidence |
| 133 | Dolores Lozano's Responses and Objections to Baylor University's Third Interrogatories and First Request for Admissions | Relevance (401, 402, 403) Overbroad, Fails to identify specific documents upon |

| No. | Description | Objections |
|-----|-------------|------------|
| | | which defendant intends to rely, Not admissible as exhibit as comment on weight of evidence |
| 134 | Dolores Lozano's Responses and Objections to A. Briles's First Interrogatories | Relevance (401, 402, 403) Overbroad, Fails to identify specific documents upon which defendant intends to rely, Not admissible as exhibit as comment on weight of evidence |
| 135 | Dolores Lozano's Amended Responses and Objections to A. Briles's First Interrogatories | Relevance (401, 402, 403) Overbroad, Fails to identify specific documents upon which defendant intends to rely, Not admissible as exhibit as comment on weight of evidence |
| 136 | Dolores Lozano's Responses and Objections to I. McCaw's First Interrogatories | Relevance (401, 402, 403) Overbroad, Fails to identify specific documents upon which defendant intends to rely, Not admissible as exhibit as comment on weight of evidence |
| 137 | Dolore Lozano's Amended Responses and Objections to I. McCaw's First Interrogatories | Relevance (401, 402, 403) Overbroad, Fails to identify specific documents upon which defendant intends to rely, Not admissible as exhibit as comment on weight of evidence |
| 138 | Dolores Lozano's Amended Responses and Objections to Baylor University's Second Interrogatories | Relevance (401, 402, 403) Overbroad, Fails to identify specific documents upon which defendant intends to rely, Not admissible as exhibit as comment on weight of evidence |
| 139 | Expert Report and Appendix of Julia Babcock | Relevance(401,402, 403); Hearsay (801, 802) Confusing, Misleading, Comment on Weight of Evidence |

Dated:  September 22, 2023                      Respectfully submitted,

*/s/ Sheila P. Haddock*
Sheila P. Haddock
Attorney- in- Charge
Texas State Bar No. 00790810
sheila@zalkin.com
Irwin M. Zalkin
irwin@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W. Ocean Air Dr., #125
San Diego CA 92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

Zeke O. Fortenberry *(pro hac vice)*
Texas State Bar No. 24061361
zeke@fortenberryfirm.com
Fortenberry Firm PLLC
18333 Preston Rd, Suite 375
Dallas, TX 75252
Telephone: (469)626-7373
Facsimile: (469)716-4190

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

*/s/ Sheila P. Haddock*
Sheila P. Haddock
Attorney-in-charge
Texas State Bar No. 00790810

13

Sheila@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W Ocean Air Drive, Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

EXHIBIT 2-B McCAW

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| DOLORES LOZANO; | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | Case No.: 6:16-cv-00403 |
| | § | |
| v. | § | |
| | § | Hon. Robert Pitman |
| BAYLOR UNIVERSITY, | § | |
| ART BRILES, *in his individual capacity,* | § | |
| *and* | § | |
| IAN McCAW, *in his individual capacity,* | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| _____ | § | |

**PLAINTIFF DOLORES LOZANO'S OBJECTIONS TO**
**DEFENDANT IAN McCAW'S EXHIBIT LIST**

TO: TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff serves these objections in response to exhibits identified in Defendant Ian

McCaw's Exhibit List (Dkt. 251-1). In addition to objections raised in her Motion in Limine

(Dkt. 254-8 )  Plaintiff asserts the objections identified below.

| No. | Description | Objections |
|---|---|---|
| 1 | Plaintiff's Second Amended Complaint | Relevance (401, 402, 403); Confusing and misleading the jury |
| 2 | E-mails between Plaintiff and David Murdock of November 19 and 20, 2012 (BU_Lozano_0076234-0076237) | Relevance (401, 402, 403) |

1

Dated:  September 22, 2023           Respectfully submitted,

*/s/ Sheila P. Haddock*
Sheila P. Haddock
Attorney- in- Charge
Texas State Bar No. 00790810
sheila@zalkin.com
Irwin M. Zalkin
irwin@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W. Ocean Air Dr., #125
San Diego CA 92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
Zeke O. Fortenberry *(pro hac vice)*
Texas State Bar No. 24061361
zeke@fortenberryfirm.com
Fortenberry Firm PLLC
18333 Preston Rd, Suite 375
Dallas, TX 75252
Telephone: (469)626-7373
Facsimile: (469)716-4190


ATTORNEYS FOR PLAINTIFF




Dated:  September 22, 2023           Respectfully submitted,

*/s/ Sheila P. Haddock*
Sheila P. Haddock
Attorney- in- Charge
Texas State Bar No. 00790810
sheila@zalkin.com
Irwin M. Zalkin
irwin@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W. Ocean Air Dr., #125
San Diego CA 92130
Telephone: (858) 259-3011

2

Facsimile: (858) 259-3015
Zeke O. Fortenberry *(pro hac vice)*
Texas State Bar No. 24061361
zeke@fortenberryfirm.com
Fortenberry Firm PLLC
18333 Preston Rd, Suite 375
Dallas, TX 75252
Telephone: (469)626-7373
Facsimile: (469)716-4190


ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.


*/s/ Sheila P. Haddock*
Sheila P. Haddock
Attorney-in-charge
Texas State Bar No. 00790810
Sheila@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W Ocean Air Drive, Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

EXHIBIT 2-C BRILES

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| DOLORES LOZANO; | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No.: 6:16-cv-00403 |
| | § | |
| v. | § | |
| | § | Hon. Robert Pitman |
| BAYLOR UNIVERSITY, | § | |
| ART BRILES, *in his individual capacity,* | § | |
| *and* | § | |
| IAN McCAW, *in his individual capacity,* | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |
| _____ | § | |

**PLAINTIFF DOLORES LOZANO'S OBJECTIONS TO**
**DEFENDANT ART BRILES' LIST OF TRIAL EXHIBITS**

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff serves these objections in response to exhibits identified in Defendant Art Briles'

List of Trial Exhibits (Dkt. 253-4). Plaintiff asserts the objections identified below.

| No. | Description | Objections |
|---|---|---|
| 1 | 5/23/2017 Letter from C. Holmes to A. Briles | Hearsay (801, 802); Relevance (401, 402, 403). Confusing and Misleading |
| 2 | 9/4/2015 BU Football vs. SMU Student-Athlete Guest List | Hearsay (801, 802); Relevance (401, 402, 403). |
| 3 | 11/1/2015 Facebook Message from Dolores Lozano to Devin Chafin | Hearsay (801, 802); Relevance (401, 402, 403). |

| No. | Description | Objections |
|---|---|---|
| 4 | Defendant Baylor University's Fourth Amended Objections and Responses to Defendant Art Briles' First Set of Interrogatories | |
| 5 | Public posts from the Twitter/X account @doloresalozano | Hearsay (801, 802); Relevance (401, 402, 403). |
| 6 | Public posts from the account from the Twitter/X account @harriscojp2 | Hearsay (801, 802); Relevance (401, 402, 403). |
| | **Exhibits that may be used in response to rulings from the Court** | |
| 1 | September 2014 Title IX Program Review & Clery Act Compliance Assessment by Margolis Healy | |
| 2 | 6/2/2016 Statement of Jim Barnes | Hearsay (801, 802); Relevance (401, 402, 403). |

Dated:  September 22, 2023                                  Respectfully submitted,

*/s/ Sheila P. Haddock*
Sheila P. Haddock
Attorney- in- Charge
Texas State Bar No. 00790810
sheila@zalkin.com
Irwin M. Zalkin
irwin@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W. Ocean Air Dr., #125
San Diego CA 92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
Zeke O. Fortenberry *(pro hac vice)*
Texas State Bar No. 24061361
zeke@fortenberryfirm.com
Fortenberry Firm PLLC
18333 Preston Rd, Suite 375
Dallas, TX 75252
Telephone: (469)626-7373
Facsimile: (469)716-4190

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

*/s/ Sheila P. Haddock*
Sheila P. Haddock
Attorney-in-charge
Texas State Bar No. 00790810
Sheila@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W Ocean Air Drive, Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

3