IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DOLORES LOZANO,** § § | |
| **Plaintiff,** § § | |
| vs. § § | **CIVIL ACTION NO: 6:16-CV-403-RP** |
| **BAYLOR UNIVERSITY; ART BRILES,** § | |
| in his individual capacity; **IAN MCCAW,** § | |
| in his individual capacity, and **CITY OF** § | |
| **WACO,** § § | |
| **Defendants.** § | |

**DEFENDANT IAN MCCAW'S AMENDED
DESIGNATION OF DEPOSITION TESTIMONY**

NOW COMES Defendant Ian McCaw ("Defendant" or "McCaw"), and files this Amended Designation of Deposition Testimony that may be offered in this case. *These Amended Designations only remove deposition testimony previously designated by McCaw, as set forth below*. (*See* Dkt. #251-6). *No new or additional deposition testimony is being designated*.

**Devin Chafin**

1) p. 9, line 25 to p. 10, line 9

2) p. 16, lines 3-25

3) p. 17, line 23 to p. 18, line 8

4) p. 20, lines 14-23

5) p. 58, line 18 to p. 69, line 2

6) p. 70, line 16 to p. 72, line 2

7) p. 78, lines 9-24

8) p. 82, lines 3-24

9) p. 85, line 8 to p. 86, line 6

10) p. 104, line 6 to p. 105, line 7

11) p. 105, line 24 to p. 107, line 25

12) p. 119, line 23 to p. 124, line 3

13) p. 125, line 12 to p. 128, line 21

**Wes Yeary**

**<u>The prior designations of Wes Yeary are withdrawn and amended as follows</u>:**

1) p. 78, line 24 to p, 79, line 11

2) p. 88, lines 2-9

3) p. 90, line 5 to p. 92, line 4

**Colin Shillinglaw**

1) p. 8, lines 5-18

2) p. 28, lines 13-23

3) p. 31, line 7 to p. 32, line 24

4) p. 110, lines 21-25

5) p. 117, line 8 to p. 118, line 3

6) p. 130, line 25 to p. 131, line 9

**Lillian Lozano**

1) p. 8, lines 5-14

2) p. 112, line 17 to p. 113, line 23

    3) p. 117, line 8 to p. 118, line 20

    4) p. 118, line 24 to p. 119, line 6

**Jeff Lebby**

    1) p. 5, lines 12-14

    2) p. 12, lines 12-19

    3) p. 13, lines 15-18

    4) p. 13, line 25 to p. 16, line 1

    5) p. 16, line 14 to p. 17, line 18

    6) p. 22, line 6 to p. 23, line 14

    7) p. 24, line 19 to p. 25, line 3

    8) p. 32, line 24 to p. 33, line 6

    9) p. 38, lines 23-25

    10) p. 45, line 20 to p. 46, line 13

    11) p. 47, line 25 to p. 48, line 25

    12) p. 53, lines 13-18

    13) p. 58, lines 7-23

    14) p. 72, lines 18-22

**Ron Murff**

    **The prior designations of RonMurff are withdrawn**

**Cary Gray**

    **The prior designations of Cary Gray are withdrawn**

Respectfully submitted,

*/s/ Stephen D. Henninger*
**THOMAS P. BRANDT**
State Bar No.02883500
tbrandt@fhmbk.com
**STEPHEN D. HENNINGER**
State Bar No.00784256
shenninger@fhmbk.com
**FANNING HARPER MARTINSON BRANDT & KUTCHIN, P.C.**
One Glen Lakes
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300 (office)
(214) 987-9649 (telecopier)
**ATTORNEYS FOR DEFENDANT IAN McCAW**

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

*/s/ Stephen D. Henninger*
**STEPHEN D. HENNINGER**