IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 6:16-CV-00403-RP |
| § | |
| BAYLOR UNIVERSITY, et al., § | |
| § | |
| Defendants. § | |

**AMENDED CERTIFICATE OF SERVICE IN SUPPORT OF
BAYLOR UNIVERSITY'S UNOPPOSED MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL (ECF No. 271)**

I hereby certify that a true and correct copy of Defendant Baylor University's Unopposed Motion for Leave to File Documents Under Seal (ECF No. 271) was served upon all counsel of record via electronic mail on Friday, September 22, 2023, at 10:53 p.m. (CDT). The certificate of service on the motion inadvertently stated that the motion was served via CM/ECF. Defendant's service included a copy of the motion and the underlying documents being filed under seal.

Respectfully submitted,

THOMPSON & HORTON LLP

By: /s/ Lisa A. Brown
Lisa A. Brown
State Bar of Texas No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
lbrown@thompsonhorton.com
(713) 554-6741 (telephone)

**THOMPSON & HORTON LLP**

Holly G. McIntush
State Bar of Texas No. 24065721
8300 N. MoPac Expwy, Suite 220
Austin, Texas 78759
(512) 615-2350 (telephone)
(512) 682-8860 (fax)
hmcintush@thompsonhorton.com

Adam Rothey
State Bar of Texas No. 24051274
Leila H. Gary
State Bar of Texas No. 24058790
500 N. Akard Street, Suite 3150
Dallas, Texas 75201
(972) 441-4527 (telephone)
arothey@thompsonhorton.com
lgary@thompsonhorton.com

**WEISBART SPRINGER HAYES LLP**

Julie A. Springer
State Bar No. 18966770
Sara Janes
State Bar No. 24056551
212 Lavaca Street, Suite 200
Austin, Texas 78701
512.652.5780
512.682.2074 fax

COUNSEL FOR DEFENDANT
BAYLOR UNIVERSITY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon opposing counsel on September 25, 2023, via the Court's ECF/CMF electronic filing and service system as follows:

| | |
|---|---|
| Sheila Haddock<br>Alexander Zalkin<br>Irwin Zalkin<br>The Zalkin Law Firm, P.C.<br>10590 W. Ocean Air Drive, Suite 125<br>San Diego, California 92130<br>(858) 259-3011 (Tel.)<br>(858) 259-2015 (Fax)<br>sheila@zalkin.com<br>alex@zalkin.com<br>irwin@zalkin.com | Tom Nesbitt<br>Scott DeShazo<br>DeShazo & Nesbitt, LLP<br>809 West Avenue<br>Austin, Texas 78701<br>(512) 617-5560 (Tel.)<br>(512) 617-5563 (Fax)<br>tnesbitt@dnaustin.com<br>sdeshazo@dnaustin.com<br>lgoodson@dnaustin.com |
| Thomas P. Brandt<br>Stephen D. Henninger<br>Fanning, Harper, Martinson, Brandt<br>  & Kutchin, P.C.<br>Two Energy Square<br>4849 Greenville Ave., Ste. 1300<br>Dallas, Texas 75206<br>(214) 369-1300 (Tel.)<br>(214) 987-9649 (Fax)<br>tbrandt@fhmbk.com<br>shenninger@fhmbk.com | Ernest Cannon<br>P.O. Box 1193<br>Stephenville, Texas 76401<br>(254) 918-1006<br>Ernestcannon1@yahoo.com |
| Darrell L. Barger<br>David W. Green<br>Hartline Barger LLP<br>1980 Post Oak Blvd., Suite 1800<br>Houston, Texas 77056<br>(713) 759-1990 (Tel.)<br>(713) 652-2419 (Fax)<br>dbarger@hartlinebarger.com<br>dgreen@hartlinebarger.com | Colin L. Powell<br>Hartline Barger LLP<br>8750 North Central Expressway, Suite 1600<br>Dallas, Texas 75231<br>(214) 369-2100 (Tel.)<br>(214) 369-2118 (Fax)<br>cpowell@hartlinebarger.com |

             */s/ Lisa Brown*
             Lisa A. Brown

4857-3583-0402, v. 1