IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:16-CV-00403-RP |
| | § | |
| BAYLOR UNIVERSITY; ART BRILES; | § | |
| IAN MCCAW, | § | |
| | § | |
| *Defendant*. | § | |

**JOINT ADVISORY REGARDING PRETRIAL CONFERENCE**

TO THE HONORABLE JUDGE ROBERT PITMAN:

Plaintiff Dolores Lozano ("Lozano") and Defendants Baylor University ("Baylor"), Art Briles ("Briles), and Ian McCaw ("McCaw") file this Joint Advisory Regarding Pretrial Conference.

Pending before the Court are the parties' Motions in Limine and objections thereto, Dkts. 254-8, 255-8, 253-9, 251-8, 267-3, 270, 266, 261; their Deposition Designations and objections thereto, [Dkts. 254-6, 255-6, 265, 274, 267-1, 268-269, 263]; and their Trial Exhibit Lists and objections thereto, [Dkts. 254-4, 255-4, 273, 253-4, 251-4, 267-2, 272, 264, 262]. A pretrial hearing to address the parties' pretrial objections and Motions in Limine is scheduled for September 29, 2023. Dkt. 246.

The parties are aware that the number of exhibits and objections to those exhibits are significant. To streamline the issues for the Court and reduce the number of disputes between the parties prior to the pretrial conference, the parties conferred this week on their respective objections to exhibits, deposition designations and Motions in Limine. As a result of that conference, it became apparent to the parties that rulings from the Court on the Motions in Limine would assist the parties in resolving some of their objections to deposition designations and exhibits, because many exhibits and deposition designations are the subject of objections that are presented to the Court in the issues presented in the Motions in Limine. For example, dependent on the Court's rulings, some of the

1

exhibits may no longer be relevant and withdrawn. In addition, while the parties may need to make certain objections for error preservation, they could do so in a way that minimizes the burden on the Court.

      For these reasons, the parties respectfully suggest that the Court rule on their Motions in Limine first at the pretrial conference and then consider re-convening at a subsequent date, if possible with the Court's schedule, to enable the parties to further confer and reach agreements on as many deposition and exhibit objections as possible prior to asking the Court to resolve those disputes.

Respectfully submitted,

| | |
|---|---|
| **Weisbart Springer Hayes LLP** | **The Zalkin Law Firm, P.C**. |
| By: /s/ *Julie A. Springer* | By: /s/ *Sheila Haddock* |
| Julie A. Springer | Sheila Haddock |
| Texas Bar No. 18966770 | Texas Bar No. 00790810 |
| Sara E. Janes | Irwin Zalkin (*pro hac vice*) |
| Texas Bar No. 24056551 | 10590 W. Ocean Air Drive, Suite 125 |
| 212 Lavaca Street, Suite 200 | San Diego, California 92130 |
| Austin, Texas 78701 | (858) 259-3011 (telephone) |
| (512) 652-5780 (telephone) | (858) 259-2015 (fax) |
| (512) 682-2074 (fax) | sheila@zalkin.com |
| jspringer@wshllp.com | irwin@zalkin.com |
| sjanes@wshllp.com | |
| | Zeke O. Fortenberry |
| **Thompson & Horton LLP** | Texas Bar No. 24061361 |
| | **Fortenberry Firm PLLC** |
| Lisa A. Brown | 18333 Preston Road, Suite 375 |
| Texas Bar No. 03151470 | Dallas, Texas 75252 |
| Phoenix Tower, Suite 2000 | (469) 626-7373 (telephone) |
| 3200 Southwest Freeway | (469) 716-4190 (fax) |
| Houston, Texas 77027-7554 | zeke@fortenberryfirm.com |
| (713) 554-6741 (telephone) | |
| lbrown@thompsonhorton.com | **ATTORNEYS FOR PLAINTIFF DOLORES LOZANO** |
| Holly G. McIntush | |
| Texas Bar No. 24065721 | |
| 8300 N. MoPac Expwy, Suite 220 | |
| Austin, Texas 78759 | |
| (512) 615-2350 (telephone) | |
| (512) 682-8860 (fax) | |
| hmcintush@thompsonhorton.com | |
| | |
| K. Adam Rothey | |
| Texas Bar No. 24051274 | |
| Leila H. Gary | |
| Texas Bar No. 24058790 | |
| 500 N. Akard Street, Suite 3150 | |
| Dallas, Texas 75201 | |
| (972) 441-4527 (telephone) | |
| arothey@thompsonhorton.com | |
| lgary@thompsonhorton.com | |
| | |
| **ATTORNEYS FOR DEFENDANT BAYLOR UNIVERSITY** | |

| **Hartline Barger LLP** | **Fanning, Harper, Martinson, Brandt & Kutchin, P.C.** |
|---|---|
| By: */s/ David W. Green*<br>Darrell L. Barger<br>Texas Bar No. 01733800<br>David W. Green<br>Texas Bar No. 08347475<br>1980 Post Oak Blvd., Suite 1800<br>Houston, Texas 77056<br>(713) 759-1990 (telephone)<br>(713) 652-2419 (fax)<br>dbarger@hartlinebarger.com<br>dgreen@hartlinebarger.com<br><br>Colin L. Powell<br>Texas Bar No. 24092984<br>8750 North Central Expressway, Suite 1600<br>Dallas, Texas 75231<br>(214) 369-2100 (telephone)<br>(214) 369-2118 (fax)<br>cpowell@hartlinebarger.com<br><br>Ernest Cannon<br>Texas Bar No. 03746000<br>P.O. Box 1193<br>Stephenville, Texas 76401<br>(254) 918-1006 (telephone)<br>Ernestcannon1@yahoo.com<br><br>**ATTORNEYS FOR DEFENDANT ART BRILES** | By: */s/ Thomas P. Brandt*<br>Thomas P. Brandt<br>Texas Bar No. 02883500<br>Stephen D. Henninger<br>Texas Bar No. 0784256<br>Two Energy Square<br>4849 Greenville Ave., Ste. 1300<br>Dallas, Texas 75206<br>(214) 369-1300 (telephone)<br>(214) 987-9649 (fax)<br>tbrandt@fhmbk.com<br>shenninger@fhmbk.com<br><br>**ATTORNEYS FOR DEFENDANT IAN MCCAW** |