IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 6:16-CV-00403-RP |
| § | |
| BAYLOR UNIVERSITY; ART BRILES; § | |
| IAN MCCAW, § | |
| § | |
| *Defendant*. § | |

**BAYLOR'S SUPPLEMENTAL ADVISORY WITHDRAWING CERTAIN OBJECTIONS
TO FINDINGS OF FACT AND MARGOLIS HEALY REPORT**

To the Honorable Judge Robert Pitman:

At the pretrial conference originally scheduled for tomorrow, Baylor intended to inform the Court that, in the process of reviewing the motions in limine and responses thereto, and in attempting to identify potential areas for agreement, Baylor determined that it would withdraw certain of its objections stated in Baylor MIL No. 2 to the Margolis Healy Report and in MIL No. 25 to the "Findings of Fact."

**I.     Findings of Fact**

With respect to the Findings of Fact, Baylor's primary objections are that it contains legal conclusions regarding the ultimate legal issue in the case—whether Baylor complied with and/or violated Title IX—and the Findings would be confusing to the jury because they were based on three school years, one of which was after Plaintiff graduated (2014-2015), and the Findings were based on a 46-page guidance document issued by the Office of Civil Rights on April 29, 2014 titled "Questions & Answers on Title IX and Sexual Violence." ( Dkt. 255-8, MIL No. 25)

Baylor now withdraws its objection to the Findings except for the five legal conclusions that are highlighted on the attached exhibit and reflect conclusions on the ultimate legal issue in the case.

1

## II. Margolis Healy Report

With respect to the Margolis Healy report, Baylor withdraws its objections except as to Part II-Clery Act Compliance Assessment ("Part II") and the Executive Summary of Part II at the beginning of the report. Baylor continues to object to Part II and the Executive Summary related to Part II on the basis that "evidence regarding compliance or noncompliance" with the statute "**shall not be admissible** as evidence in any proceeding of any court," except a federal agency enforcement action. 20 U.S.C. § 1092(f)(14)(B) (emphasis added). (Dkt. 255-8, MIL No. 1).

Baylor intends to address the issues which may arise because the Findings and Margolis Healy report are based in part on extensive OCR guidance issued in April 2014 after Plaintiff's assault with proposed instructions which can be submitted with the jury charge.

Respectfully submitted,

**Weisbart Springer Hayes LLP**

By: */s/Julie A. Springer*
    Julie A. Springer
    Texas Bar No. 18966770
    Sara E. Janes
    Texas Bar No. 24056551
    212 Lavaca Street, Suite 200
    Austin, Texas 78701
    (512) 652-5780 (telephone)
    (512) 682-2074 (fax)
    jspringer@wshllp.com
    sjanes@wshllp.com

**Thompson & Horton LLP**

Lisa A. Brown
Texas Bar No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
(713) 554-6741 (telephone)
lbrown@thompsonhorton.com

Holly G. McIntush
Texas Bar No. 24065721
8300 N. MoPac Expwy, Suite 220
Austin, Texas 78759
(512) 615-2350 (telephone)
(512) 682-8860 (fax)
hmcintush@thompsonhorton.com

K. Adam Rothey
Texas Bar No. 24051274
Leila H. Gary
Texas Bar No. 24058790
500 N. Akard Street, Suite 3150
Dallas, Texas 75201
(972) 441-4527 (telephone)
arothey@thompsonhorton.com
lgary@thompsonhorton.com

**ATTORNEYS FOR DEFENDANT BAYLOR UNIVERSITY**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was served upon opposing counsel on September 28, 2023, via the Court's ECF/CMF electronic filing and service system as follows:

Sheila Haddock
Irwin Zalkin
The Zalkin Law Firm, P.C.
10590 W. Ocean Air Drive, Suite 125
San Diego, California 92130
(858) 259-3011 (Tel.)
(858) 259-2015 (Fax)
sheila@zalkin.com
irwin@zalkin.com

Tom Nesbitt
Scott DeShazo
DeShazo & Nesbitt, LLP
809 West Avenue
Austin, Texas 78701
(512) 617-5560 (Tel.)
(512) 617-5563 (Fax)
tnesbitt@dnaustin.com
sdeshazo@dnaustin.com
lgoodson@dnaustin.com

Thomas P. Brandt
Stephen D. Henninger
Fanning, Harper, Martinson, Brandt
  & Kutchin, P.C.
Two Energy Square
4849 Greenville Ave., Ste. 1300
Dallas, Texas 75206
(214) 369-1300 (Tel.)
(214) 987-9649 (Fax)
tbrandt@fhmbk.com
shenninger@fhmbk.com

Ernest Cannon
P.O. Box 1193
Stephenville, Texas 76401
(254) 918-1006
Ernestcannon1@yahoo.com

Darrell L. Barger
David W. Green
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1990 (Tel.)
(713) 652-2419 (Fax)
dbarger@hartlinebarger.com
dgreen@hartlinebarger.com

Colin L. Powell
Hartline Barger LLP
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100 (Tel.)
(214) 369-2118 (Fax)
cpowell@hartlinebarger.com

                                          */s/ Julie A. Springer*
                                          Julie A. Springer