IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:16-CV-00403-RP |
| | § | |
| BAYLOR UNIVERSITY, ART BRILES, AND IAN MCCAW, | § | |
| | § | |
| Defendants. | § | |

**JOINT REPORT OF THE PARTIES REGARDING EXHIBITS AND OBJECTIONS**

TO THE HONORABLE JUDGE ROBERT PITMAN:

Pursuant to the Court's Order (Dkt. 281), the Parties submit this joint report regarding their exhibits and objections.

1. The Court's Order directed the parties to "meaningfully meet and confer to reach agreements and resolve their remaining evidentiary objections and file a joint report on or before October 3, 2023 at 10:00 a.m. providing at least the following: (1) any objections to this order on the motions in limine that the parties want to preserve for the record and (2) a summary or table of any evidentiary objections that the parties are unable to resolve."

2. Counsel for all four parties conferred by phone on October 2, 2023. Additionally, counsel for Plaintiff and Baylor briefly conferred by phone on October 1, 2023.

3. Attached to this Joint Report are the following:

| | |
|---|---|
| **Exhibit A** | Plaintiff's Amended Objections to Defendants' Exhibit Lists |
| **Exhibit B** | Baylor University's List of Remaining Objections to Plaintiff's Trial Exhibits |
| **Exhibit C** | Ian McCaw's Summary of Remaining Objections to Plaintiff's Trial Exhibits |
| **Exhibit D** | Art Briles' Summary of Remaining Objections to Plaintiff's Trial Exhibits |

4. In addition, the parties provide the following:

| | |
|---|---|
| **Exhibit E** | Baylor University's Request for Pre-Trial Rulings to Preserve Error |
| **Exhibit F** | Ian McCaw's Summary of Objections to Rulings on Motions in Limine |
| **Exhibit G** | Art Briles' Summary of Objections to Rulings on Motions in Limine |
| **Exhibit H** | Joint List of Exhibits Without a Pending Objection |
| **Exhibit I** | Plaintiff's Amended Exhibit List |
| **Exhibit J** | Plaintiff's Objections to Briles and McCaw's Statement of Defenses |

Respectfully submitted,

**Thompson & Horton LLP**

By: /s/ Lisa A. Brown

Lisa A. Brown
State Bar of Texas No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027-7554
lbrown@thompsonhorton.com
(713) 554-6741 (telephone)

Holly G. McIntush
State Bar of Texas No. 24065721
8300 N. MoPac Expwy, Suite 220
Austin, Texas 78759
hmcintush@thompsonhorton.com
(512) 615-2350 (telephone)
(512) 682-8860 (fax)

K. Adam Rothey
State Bar of Texas No. 24051274
Leila H. Gary
State Bar of Texas No. 24058790
Thompson & Horton LLP
500 N. Akard Street, Suite 3150
Dallas, Texas 75201
(972) 441-4527 (telephone)
arothey@thompsonhorton.com
lgary@thompsonhorton.com

**Weisbart Springer Hayes LLP**

JULIE A. SPRINGER
State Bar No. 18966770
212 Lavaca Street, Suite 200
Austin, Texas 78701


512.652.5780
512.682.2074 fax
jspringer@wshllp.com

COUNSEL FOR DEFENDANT
BAYLOR UNIVERSITY

**Zalkin Law Firm, P.C.**

By: /s/ Sheila P. Haddock
Sheila P. Haddock
State Bar of Texas No. 00790810
sheila@zalkin.com
Irwin Zalkin
California State Bar No. 89957
12555 High Bluff Drive, Suite 301
San Diego, California 92130
(858) 259-3011

Zeke O. Fortenberry
Texas State Bar No. 24061361
zeke@fortenberryfirm.com
Fortenberry Firm PLLC
18333 Preston Rd, Suite 375
Dallas, TX 75252
Telephone: (469)626-7373
Facsimile: (469)716-4190

COUNSEL FOR PLAINTIFF

**Hartline Barger LLP**

*/s/ David W. Green*
Darrell L. Barger
Texas Bar No. 01733800
dbarger@hartlinebarger.com
David W. Green
Texas Bar No. 08347475
dgreen@hartlinebarger.com
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1990 (telephone)
(713) 652-2419 (facsimile)

Colin Powell

Texas Bar No. 24092984
cpowell@hartlinebarger.com
Hartline Barger LLP
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100 (telephone)
(214) 369-2118 (facsimile)

*and*

Ernest Cannon *(Pro Hac Vice)*
Texas Bar No. 03746000
ernestcannon1@yahoo.com
Ernest H. Cannon Law Firm
P.O. Box 1193
Stephenville, Texas 76401-0011
(254) 918-1006 (telephone)

ATTORNEYS FOR DEFENDANT
ART BRILES

**Fanning, Harper, Martinson, Brandt & Kutchin, P.C.**

*/s/ Thomas P. Brandt (with permission)*
Thomas P. Brandt
Texas Bar No. 02883500
Stephen D. Henninger
Texas Bar No. 0784256
One Glen Lakes
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300 (telephone)
(214) 987-9649 (fax)
tbrandt@fhmbk.com
shenninger@fhmbk.com

ATTORNEYS FOR DEFENDANT
IAN MCCAW

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon opposing counsel on October 3, 2023, via the Court's ECF/CMF electronic filing and service system as follows:

Sheila Haddock
Alexander Zalkin
Irwin Zalkin
The Zalkin Law Firm, P.C.
10590 W. Ocean Air Drive, Suite 125
San Diego, California 92130
(858) 259-3011 (Tel.)
(858) 259-2015 (Fax)
sheila@zalkin.com
alex@zalkin.com
irwin@zalkin.com

Tom Nesbitt
Scott DeShazo
DeShazo & Nesbitt, LLP
809 West Avenue
Austin, Texas 78701
(512) 617-5560 (Tel.)
(512) 617-5563 (Fax)
tnesbitt@dnaustin.com
sdeshazo@dnaustin.com
lgoodson@dnaustin.com

Thomas P. Brandt
Stephen D. Henninger
Fanning, Harper, Martinson, Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Ave., Ste. 1300
Dallas, Texas 75206
(214) 369-1300 (Tel.)
(214) 987-9649 (Fax)
tbrandt@fhmbk.com
shenninger@fhmbk.com

Ernest Cannon
P.O. Box 1193
Stephenville, Texas 76401
(254) 918-1006
Ernestcannon1@yahoo.com

Todd J. Harlow
Frost Brown Todd LLC
2101 Cedar Springs Rd., Ste. 900
Dallas, TX 75201
(214) 580-5844
tharlow@fbtlaw.com

Darrell L. Barger
David W. Green
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1990 (Tel.)
(713) 652-2419 (Fax)
dbarger@hartlinebarger.com
dgreen@hartlinebarger.com

Colin L. Powell
Hartline Barger LLP
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100 (Tel.)
(214) 369-2118 (Fax)
cpowell@hartlinebarger.com

*/s/ Lisa A. Brown*
Lisa A. Brown