IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 6:16-CV-403-RP |
| | § | |
| BAYLOR UNIVERSITY; ART BRILES, | § | |
| In his individual capacity; | § | |
| IAN MCCAW, in his individual capacity; | § | |
| and CITY OF WACO, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT, ART BRILES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant Art Briles gives notice that Mr. J. Reid Simpson of Yetter Coleman LLP is appearing as additional counsel for Briles and should receive all communications from the Court. The parties should copy Briles' additional counsel on all correspondence in the above matter.

J. Reid Simpson
State Bar No. 24072343
Federal ID No. 1259919
jrsimpson@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002 (Fax)

Respectfully submitted,

*/s/ J. Reid Simpson*
**J. REID SIMPSON**
Texas State Bar No. 24072343
Federal ID No. 1259919
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002 (Fax)
jrsimpson@yettercoleman.com
**ATTORNEY FOR DEFENDANT
ART BRILES**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this document is being served pursuant to the Federal Rules of Civil Procedure on October 9, 2023.

*/s/ J. Reid Simpson*
**J. REID SIMPSON**