# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DOLORES LOZANO, § § § Plaintiff, § § vs. § § BAYLOR UNIVERSITY; ART BRILES, § in his individual capacity; IAN MCCAW, § in his individual capacity, and CITY OF § WACO, § § Defendants. § | CIVIL ACTION NO: 6:16-CV-403-RP |

## NOTICE OF WITHDRAWAL OF COUNSEL

**COMES NOW** the law firm of ERNEST H. CANNON LAW FIRM, and with consent of the defendant Art Briles, hereby gives notice to the Court and to the parties of the withdrawal by Ernest Cannon and his law firm as counsel on behalf of the Defendant Art Briles in the above-entitled and numbered cause.

Art Briles continues to be represented by the other counsel who are listed below.

Respectfully submitted,

*/s/ David W. Green*
**DARRELL L. BARGER**
Texas Bar No. 01733800
dbarger@hartlinebarger.com
**DAVID W. GREEN**
Texas Bar No. 08347475
dgreen@hartlinebarger.com
**HARTLINE BARGER LLP**
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1990 (telephone)
(713) 652-2419 (facsimile)

and

**COLIN L. POWELL**
Texas Bar No. 24092984
cpowell@hartlinebarger.com
**HARTLINE BARGER LLP**
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100 (telephone)
(214) 369-2118 (facsimile)

and

**J. REID SIMPSON**
Texas State Bar No. 24072343
Federal ID No. 1259919
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002 (Fax)
jrsimpson@yettercoleman.com

**ATTORNEYS FOR DEFENDANT ART BRILES**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of this document is being served pursuant to the Federal Rules of Civil Procedure on October 9, 2023.

                                */s/ David W. Green*
                                **DAVID W. GREEN**