IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 6:16-CV-403-RP |
| | § | |
| BAYLOR UNIVERSITY, | § | |
| ART BRILES, *in his individual capacity*, and | § | |
| IAN McCAW, *in his individual capacity*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

**IT IS ORDERED** that the parties shall meet and confer and file a proposed agreed final judgment **on or before March 27, 2024**.

**SIGNED** on March 20, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE