IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOLORES LOZANO, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:16-CV-00403-RP |
| | § | |
| BAYLOR UNIVERSITY; ART BRILES; | § | |
| AND IAN MCCAW, | § | |
| Defendants. | § | |

**PARTIES' PROPOSED FINAL JUDGMENT**

TO THE HONORABLE JUDGE PITMAN:

The parties submit the following for the Court's consideration:

1. Attachment A is a proposed judgment that highlights certain language upon which Lozano and Baylor disagree.

2. Attachment B is a clean copy of Lozano's proposed judgment.

3. Attachment C is a clean copy of Baylor's proposed judgment.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Lisa A. Brown
    Lisa A. Brown
    State Bar of Texas No. 03151470

    Phoenix Tower, Suite 2000
    3200 Southwest Freeway
    Houston, Texas 77027-7554
    lbrown@thompsonhorton.com
    (713) 554-6741 (telephone)
    (713) 583-7934 (fax)

    Holly G. McIntush
    State Bar of Texas No. 24065721
    400 West 15th Street, Suite 1430
    Austin, Texas 78701

    (512) 615-2350 (telephone)
hmcintush@thompsonhorton.com

    K. Adam Rothey
    State Bar of Texas No. 24051274
    Leila H. Gary
    State Bar of Texas No. 24058790
    500 N. Akard Street, Suite 3150
    Dallas, Texas 75201
    (972) 441-4527 (telephone)
    lgary@thompsonhorton.com

**WEISBART SPRINGER HAYES LLP**

    JULIE A. SPRINGER
    State Bar of Texas No. 18966770
    212 Lavaca Street, Suite 200
    Austin, Texas 78701
    512.652.5780
    jspringer@wshllp.com

**COUNSEL FOR DEFENDANT BAYLOR UNIVERSITY**

**THE ZALKIN LAW FIRM**

By: */s/ Sheila P. Haddock*
    Sheila P. Haddock
    State Bar of Texas No. 00790810
    sheila@zalkin.com
    Irwin M. Zalkin (*pro hac vice*)
    irwin@zalkin.com
    10590 Ocean Air Drive, Suite 125
    San Diego CA  92130
    Telephone: (858) 259-3011

    Zeke O. Fortenberry
    State Bar of Texas No. 24061361
    zeke@fortenberryfirm.com
    Fortenberry Firm PLLC
    18333 Preston Rd, Suite 375
    Dallas, TX 75252
    Telephone: (469) 626-7373

**COUNSEL FOR PLAINTIFF DOLORES LOZANO**

**HARTLINE BARGER LLP**

By: /s/ *David W. Green*
    Darrell L. Barger
    Texas Bar No. 01733800
    dbarger@hartlinebarger.com
    David W. Green
    Texas Bar No. 08347475
    dgreen@hartlinebarger.com
    1980 Post Oak Blvd., Suite 1800
    Houston, Texas 77056
    (713) 759-1990 (telephone)

    Colin Powell
    Texas Bar No. 24092984
    cpowell@hartlinebarger.com
    Hartline Barger LLP
    8750 North Central Expressway, Suite 1600
    Dallas, Texas 75231
    (214) 369-2100 (telephone)

    J. Reid Simpson
    YETTER COLEMAN
    811 Main Street, Ste. 4100
    Houston, Texas 77002
    (713) 632-8000
    jrsimpson@yettercoleman.com

**COUNSEL FOR DEFENDANT ART BRILES**

**FANNING, HARPER, MARTINSON, BRANDT & KUTCHIN, P.C.**

/s/ *Thomas P. Brandt*
    Thomas P. Brandt
    Texas Bar No. 02883500
    Stephen D. Henninger
    Texas Bar No. 0784256
    One Glen Lakes
    8140 Walnut Hill Lane, Suite 200
    Dallas, Texas 75231
    (214) 369-1300 (telephone)
    tbrandt@fhmbk.com
    shenninger@fhmbk.com

**ATTORNEYS FOR DEFENDANT IAN MCCAW**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record on March 27, 2024, via the Court's ECF/CMF electronic service system as follows:

| | |
|---|---|
| Sheila Haddock | Tom Nesbitt |
| Alexander Zalkin | Scott DeShazo |
| Irwin Zalkin | Laura J. Goodson |
| The Zalkin Law Firm, P.C. | DeShazo & Nesbitt, LLP |
| 12555 High Bluff Drive, Suite 301 | 809 West Avenue |
| San Diego, California 92130 | Austin, Texas 78701 |
| (858) 259-3011 (Tel.) | (512) 617-5560 (Tel.) |
| sheila@zalkin.com | tnesbitt@dnaustin.com |
| alex@zalkin.com | sdeshazo@dnaustin.com |
| irwin@zalkin.com | lgoodson@dnaustin.com |

Zeke Fortenberry
Fortenberry Firm PLLC
18333 Preston Rd, Suite 375
Dallas, Texas 75252
zeke@fortenberryfirm.com

| | |
|---|---|
| Thomas P. Brandt | Colin L. Powell |
| Stephen D. Henninger | Hartline Barger LLP |
| Fanning, Harper, Martinson, Brandt & Kutchin, P.C. | 8750 N. Central Expressway, Suite 1600 |
| Two Energy Square | Dallas, Texas 75231 |
| 4849 Greenville Ave., Ste. 1300 | (214) 346-3790 (Tel.) |
| Dallas, Texas 75206 | |
| (214) 369-1300 (Tel.) | |
| tbrandt@fhmbk.com | |
| shenninger@fhmbk.com | |

Darrell L. Barger
David. W. Green
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
(713) 759-1990 (Tel.)
dbarger@hartlinebarger.com
dgreen@hartlinebarger.com

                                            */s/ Lisa A. Brown*
                                            Lisa A. Brown